# UNITED STATES DISTRICT COURT

# FOR SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAR 24 AM 11: 32

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**OHIO, et al., Plaintiffs**

**vs.**                                    **Case #: 1:21-cv-00181-DRC**

**YELLEN, et al. Defendants**

## EMERGENCY MOTIONS TO INTERVENE; FOR ISSUANCE OF A PROTECTIVE ORDER WITH WITNESS PROTECTION; & FOR TEMPORARY INJUNCTION, SUA SPONTE

1 That Intervenor appears as "**USA, ex rel; Stephen P. Wallace, Private Attorney General & Relator, and All US Taxpayers similarly situated**"; that Intervenor previously Filed, and [USA, ex rel;] **Granted** via [E-File] in Seattle [WD WA] USDC in (***Case #: 16-cv-01371**)*, for alleged "**Misappropriation of US Taxpayer Funds**", of the "2009 RECOVERY ACT, et al.", @ *[$1Trillion] INFRASTRUCTURE FUNDS FOR SHOVEL-READY JOBS*"; (see COMPLAINT with Exhibits, & Process served upon Defendants, on PACER), thus Verifying "*YELLEN, et al., DEFENDANTS*", shall be Subject to FORENSIC AUDITS, by [*BDO USA LLC*] of where the [**1st $1Trillion**] from the so called "*2009 RECOVERY ACT*", has been Misappropriated to, considering the recent [**$1.9 Trillion**] has met the same FATE, and yesterday's sham [**$3 Trillion**] PENDING, would bring "**USA, ex rel; and all similarly situated**" into "*Voluntary Bankruptcy, Under Color of Law*"; (see Chronology enclosed)

2 That Intervenor renewed the alleged "*Federal Actors' Charges*" AGAIN in DC USDC [*Case #: 1:19-cv-02168*], for "**Breach of DUTY to Account**", after Judicial Notice & Actual Knowledge, and **Again** was Subverted Filing the USSC WRIT of MANDEMUS, for the [3rd TIME] by the USSC deputy clerk in collusion with Defendants; (see PACER)

3 That Intervenor alleges the "Same Presidential Régime" are back in Power to perpetrate their [2nd & 3rd Predicate Acts], acting with Impunity and perceived Immunity from Accountability, which "Only this Court has Subject Matter Jurisdiction", to Issue ALL RELIEF noted Above, sua sponte & instanter;

4 That the Allegations have been Clearly stated to AG YOST & IG MEYER, that these Communications have been LEAKED, which Intervenor has been continuously, with Capital Malice & Forethought, been "***Stalked for Abduction & Termination***";

5 That Intervenor Relocated to COLUMBUS last Sunday am, and will take-up his Residency, thus asserting Hon. Douglas Cole has JURISDICTION, In an Abundance of Caution; For Good Cause Shown; In the Interest of Justice; and for NATIONAL SECURITY of our REPUBLIC, to Grant Intervenor the instant **PROTECTIVE ORDER** and **WITNESS PROTECTION**, sua sponte & instanter.

Cc: AG YOST & IG MEYER &

"YELLEN Counsel of RECORD"

Urgently & Respectfully submitted,

Stephen P. Wallace, INTERVENOR

175 East Town Street #310

Columbus, OH. 43215

(331) 220-9734

**AFFIDAVIT** <spaulwallace@yahoo.com>

I swear/affirm the aforementioned is true under penalty of perjury

State of ___OHIO___

County of ___FRANKLIN___

Stephen P. Wallace appeared this 23rd day of March, 2021, and signed this Affidavit

03/23/21

BRADLEY R SMITH

Notary Public

BRADLEY R. SMITH
Notary Public, State of Ohio
My Comm. Expires 04/28/2024
Recorded in Franklin County

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large. 

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[citation needed]

 Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[citation needed] To date, there are over 60 federal statutes[citation needed] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees. 

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode /42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

# Pro Se Law

**HAINES v. KERNER, ET AL.** 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Whatever may be the limits on the scope of inquiry of courts into the internal administration of prisons, allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957). See *Dioguardi v. Durning,* 139 F.2d 774 (CA2 1944).

**ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE** 29 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251. We now consider whether respondent's complaint states a cognizable 1983 claim. The handwritten pro se document is to be liberally construed. As the Court unanimously held in *Haines v. Kerner,* 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957).

**WILLIAM MCNEIL, PETITIONER v. UNITED STATES** 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468. Moreover, given the clarity of the statutory text, it is certainly not a "trap for the unwary." It is no doubt true that there are cases in which a litigant proceeding without counsel may make a fatal procedural error, but the risk that a lawyer will be unable to understand the exhaustion requirement is virtually nonexistent. Our rules of procedure are based on the assumption that litigation is normally conducted by lawyers. While we have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed, see *Haines v. Kerner,* 404 U.S. 519 (1972); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976), and have held that some procedural rules must give way because of the unique circumstance of incarceration, see *Houston v. Lack,* 487 U.S. 266 (1988) (pro se prisoner's notice of appeal deemed filed at time of delivery to prison authorities), we have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, "in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." *Mohasco Corp. v. Silver,* 447 U.S. 807, 826 (1980).

**BALDWIN COUNTY WELCOME CENTER v. BROWN** 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice." We frequently have stated that pro se pleadings are to be given a liberal construction.

**HUGHES v. ROWE ET AL.** 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346. Petitioner's complaint, like most prisoner complaints filed in the Northern District of Illinois, was not prepared by counsel. It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner,* 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson,* 627 F.2d 83, 86 (CA7 1980); *French v. Heyne,* 547 F.2d 994, 996 (CA7 1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines,* supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto,* 405 U.S. 319, 322 (1972).

Stephen P. Wallace
455 N. Lake Street
Aurora, Illinois 60506
(630) 995-1195
VACATE-SPW-BK@outlook.com

August 29, 2013

[U.S. TRUSTEE PROGRAM c/o USTP.Bankruptcy.Fraud@usdoj.gov]

Manish Shah
Criminal Chief-US Attorney's Office
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**FORMAL FILING OF CRIMINAL CHARGES ON BANKRUPTCY TRUSTEE PATRICK J. MALLOY III;**
**THE PREDICATE INTERLOPER COUNSEL ACTORS IN COLLUSION, AND THEIR MULTIPLE CONSPIRAC**
**ATTEMPTS TO COMMIT MURDER OF STEPHEN P. WALLACE TO COVER-UP THEIR CRIMINAL**
**SANITIZING OF US BANKRUPTCY RECORDS, US TAX EVASION & CONVERSION OF DEBTOR**
**WALLACE'S $30 MILLION+ ESTATE, UNDER COLOR OF LAW VIOLATING [TITLE 18, USC; SECTIONS**
**241 & 242 COMPELLING SPECIAL GRAND JURY UNDER [TITLE 18, USC; SECTION 3332(a)**

Comes now Stephen P. Wallace, VICTIM, who files these Criminal Charges, under penalty of
perjury, individually, and as a [PRIVATE ATTORNEY GENERL, ex rel; United States of
America],(enclosed) with the Bankruptcy Fraud Unit of the US Trustee Program & Criminal Section
Chief of the Northern District of Illinois,

1 That Investigate & Confirm the "irrefutable Evidence herein" and the [(4 PDF] Files to follow as a
Supplement to the ['*Operation Truth or Consequences*'] (enclosed);

2 That the Named Predicate/Predator Actors continue today to conspire to "evade US Taxes as
they 'criminally liquidate' Stephen's Estate and Defy their "mandated Accounting" of Exhibit "A"
demanded in the A): October 10, 2001 (Docket Entry #35) & October 15, 2001 (Docket Entry #45),
now unavailable on PACER in USBK for the Western District of Oklahoma in [Case#:01-19481];
B): the December 7, 2001, AFFIDAVIT of David Payne aka DR Payne & Associates; C): the dated
December 8, 2003 CONTRACT with Dana F. Cole & Co.,(enclosed); D): the October 6, 2005 Dana F.
Cole & Co., Demand for Transmission (enclosed in PDF).

3 That the Tulsa County Sheriff Deputy attempted to abduct & murder Wallace on August 2, 2013,
to cover-up Sheriff Glanz Municipal Embezzlement & Attempted Murder of Wallace previously in
2and @ the EDWARD Hospital, Naperville, by an Injection by their Agent while Wallace recovered
from Hip Surgery, thwarted by a [CODE BLUE] Resuscitation of Record c/o Dr. William Sterba;

4 That Actors Trust Company of Oklahoma & Ronald Saffa, "interloper/usurper trustees",
committed "Fraud on the Court" in their Pleadings in this USDC [Case#:08-cv-5647], by Wallace's
sister, Mary Roma (Wallace) Jage, w[5 year Criminal Statute of Limitation] *will expire in October,
2013.* Victim & Private Attorney General request the convening of a Special Grand Jury in 'AN
ABUNDANCE OF CAUTION & FOR GOOD CAUSE SHOWN.

*Stephen P. Wallace*

https://blu177.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-us

Close

## Auto-reply: USTP Receipt - DO NOT REPLY

From: **USTP Bankruptcy Fraud** (USTP.Bankruptcy.Fraud@usdoj.gov)
Sent: Thu 8/29/13 11:30 AM
To: SP Wallace (vacate-spw-bk@outlook.com)

The United States Trustee Program ("USTP") has received your report of suspected bankruptcy fraud, and will review your submission.
All appropriate matters will be forwarded to the proper law enforcement authorities.

**Please be advised that it is U.S. Department of Justice policy that criminal investigations may not be disclosed. Therefore, the USTP will neither confirm nor deny whether a matter may have been referred or whether it may or may not be under investigation. This means that you will only be contacted if it is necessary to obtain further information; otherwise, the USTP will not respond to your hotline submission.**

10/14/2014 11:17 AM

https://blu179.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-u...

Close

## w: us trustee program:operation truth or consequence

From:  **SP Wallace** (vacate-spw-bk@outlook.com)
Sent:  Fri 8/30/13 1:28 PM
To:    Chicago@ic.fbi.gov (chicago@ic.fbi.gov)
Cc:    USTP.Bankruptcy.Fraud@usdoj.gov (ustp.bankruptcy.fraud@usdoj.gov)
       1 attachment
       image.pdf (155.0 KB)

Manish Shah, Criminal Chief of the US Attorney's Office in Chicago referred me to the FBI, et al.

I have multiple [PDF's] as Irrefutable Evidence that I respectfully request an email address to forward them to as I am almost destitute from Predicate Actors' criminal conversion & current "stalking of my Person" for abduction & murder in Aurora.  Respectfully submitted,    Stephen Wallace

> To: ustp.bankruptcy.fraud@usdoj.gov
> From: simplscan@aurora.lib.il.us
> Subject: us trustee program:operation truth or consequence
> Date: Thu, 29 Aug 2013 19:31:25 +0000
> CC: vacate-spw-bk@outlook.com
>
> Hello,
> The attachment is the image(s) scanned by SimpleScan Station Aurora Public Library
> Thank you.
> http://www.aurorapubliclibrary.org
>
> inadvertently omitted signature on 1st of 5 pdf's

10/14/2014 11:15 AM

Outlook.com Print Message

Close

# ...IAL BANKRUPTCY TRUSTEE CRIMINAL CHARGES CONSPIRACY TO COMMIT MURDER

From: **SP Wallace** (vacate-spw-bk@outlook.com)

Sent: Wed 9/11/13 10:58 AM

To: chicago@ic.fbi.gov (chicago@ic.fbi.gov)

Cc: USTP.Bankruptcy.Fraud@usdoj.gov (ustp.bankruptcy.fraud@usdoj.gov)

Bcc: epgraham@graham-law.com (epgraham@graham-law.com); dcvisiontech@hotmail.com
(dcvisiontech@hotmail.com)

    6 attachments

    image A.pdf (155.0 KB) , image B.pdf (880.9 KB) , image C.pdf (550.7 KB) , image D.pdf
    (603.5 KB) , image E.pdf (733.6 KB) , image F.pdf (803.7 KB)

Attn: INTAKE UNIT @ FBI :

Per directive yesterday and previous directive of Criminal Chief, Manish Shah, please find enclosures of Formal
Criminal Complaint.

Confirmation of Lead Predicate/Predator Actor, Ronald J. Saffa, committing Fraud on the Court in USDC for
Northern Illinois [Case #:08-cv-5647] for Fraudulent Trustee Representations; Forged Deeds; Financial Fraud
& Identity Theft, but also in Illinois State Court divulged in attorney, Forrest Lammiman's Representation
Declination Letter [PDF] to follow.

**Note: Please preserve the (5 year) Criminal Statute of Limitations due to expire in October, 2013,
from the Date [Case #: 08-cv-5647] was Dismissed.**

God Bless America on this September, 11, 2013.         Sincerely,    Stephen Wallace, Victim & Private
Attorney General

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              ··   2018
RECIPIENT ADDRESS          12025144001
DESTINATION ID
ST. TIME                   10/03 12:24
TIME USE                   01'42
PAGES SENT                 9
RESULT                     OK
```

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001


Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530


### FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST


Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

IUSA, ex rel: Private Attorney General, Stephen P. Wallace, and All these US

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

October 7, 2014

Stephen P. Wallace
1116 Sheffer Rd, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence of September 24, 2014. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

United States Department of Justice
Office of Professional Responsibility
950 Pennsylvania Avenue, NW, Rm 3266
Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

PRIVACY ACT PROTECTED INFORMATION
TO BE OPENED BY ADDRESSEE ONLY



Stephen P. Wallace
1116 Sheffer Rd, Apt. F
Aurora,

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

November 17, 2014

Stephen P. Wallace
1116 Sheffer Road, #F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 23, 2014. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

The Office of the Inspector General considers this matter closed. Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
*1425 New York Avenue, N.W., Suite 7100*
*Washington, DC 20530*

July 21, 2017

Stephen Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 2, 2017. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

Administrative Office of the United States Courts
1 Columbus Circle NE
Washington, DC 20002

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter, unless you submit new information that involves allegations or issues regarding DOJ employees, contractors, programs or operations.

Thank you for giving us the opportunity to review your concerns.

# FindLaw® FOR LEGAL PROFESSIONALS

## 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law

### Search 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law

- Search by Keyword or Citation

Search

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[Notes]

| « Prev | Up | Next » |
|--------|-----|--------|
| Conspiracy against rights | Civil rights | Exclusion of jurors on account of race or color |

Copyright © 2013 FindLaw, a Thomson Reuters business. All rights reserved.

**Stephen P. Wallace**
**1116 Sheffer Road Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
**<spaul.wallace@gmail.com>**

**_Georgetown University_**, Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**_Thunderbird Global_**, Glendale, AZ.-**1974**; Masters of International Management & Finance.

**_Southern Methodist University_**, Dallas, TX.-**1973**; _Masters of Business Administration/Finance_.

**_Loyola University_**, Chicago, IL.-**1971**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**_INDEPENDENT U.S. SENATE Candidate_** (OK); _**2008 & 2010**_; vs. James Inhofe & Tom Coburn.

**_Independent Justice Institute, LLC_**, Washington DC-**1997 to Present**; Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean] ; then as a for-profit Litigation Management Company (LMO), for **_Global Collection Services_**.

**_River Oaks Development Corporation_**, Tulsa, OK. -**1990 to 2000**; Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**_Burnham Park Plaza ReHab_**, Chicago-**1985**; Procured over **_$15 million Re-Development_** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**_Wallace Investments_**, Tulsa, OK. -**1984 to 2000**; **Realty/Oil & Gas Development** of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**_World Trade Services, Inc.,_** Tulsa & Houston.-**1976 to 1979**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **_Caterpillar International_** as main Client.

**_Parker Drilling Company_**, Tulsa & Houston. - **1974 to 1976**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.