UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATE OF OHIO,**

    **Plaintiff,**

  v.                           **Case No. 1:21-cv-181**
                                **JUDGE DOUGLAS R. COLE**

**SECRETARY, DEPARTMENT OF TREASURY, et al.,**

    **Defendants.**

## ORDER

This civil action comes before the Court on the Parties' Joint Motion to set Briefing Schedule. (Doc. 10). The Court hereby **GRANTS** the Motion and sets the following briefing schedule:

| | |
|---|---|
| All amicus briefs in support of Ohio[1]: | **April 9, 2021** |
| Defendants' opposition to Ohio's preliminary injunction motion: | **April 16, 2021** |
| All amicus briefs in support of Defendants: | **April 16, 2021** |
| Ohio's reply in support of its preliminary injunction motion: | **April 23, 2021** |

**SO ORDERED.**

March 30, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties consent to all amicus briefs filed by the proposed deadlines.