# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY,<br><br>    *Defendants*. | No. 1:21-cv-181 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), attorney Jeffrey J. Zeiger, P.C., a member of this court's bar, hereby moves the Court to admit Paul D. Clement, *pro hac vice* to appear and participate as counsel for amici curiae the United States Chamber of Commerce and the National Federation of Independent Business Small Business Legal Center.

Movant hereby represents that Mr. Clement is a member in good standing of the highest court of the State of Virginia, as attested by the accompanying certificate from that court (Exhibit A), and that Mr. Clement is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 filing fee.

1

Mr. Clement understands that he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Clement's relevant identifying information is as follows:

Business address:  Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
Washington, D.C. 20004

Business telephone: (202) 389-5000

Business fax: (202) 389-5200

Business e-mail address: paul.clement@kirkland.com

                                        Respectfully submitted,

                                        s/Jeffrey J. Zeiger
                                        JEFFREY J. ZEIGER, P.C.
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL 60654
                                        (312) 862-3237
                                        jeffrey.zeiger@kirkland.com

April 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Ohio by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

April 8, 2021

s/Jeffrey J. Zeiger
Jeffrey J. Zeiger, P.C.
