IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, | Case No. 1:21-cv-00181-DRC |
| Plaintiff, | District Judge Douglas R. Cole |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Charles Roberts, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

DATED: April 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ *Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8628
E-mail: charles.e.roberts@usdoj.gov

*Counsel for Defendants*