AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| STATE OF OHIO<br>*Plaintiff*<br>v.<br>JANET YELLEN, et al.<br>*Defendant* | Case No. 1:21-cv-00181-DRC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Janet Yellen, Richard K. Delmar, and U.S. Department of the Treasury.

Date: 04/28/2021

/s/ Brian D. Netter
*Attorney's signature*

Brian D. Netter (D.C. Bar No. 979362)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

Brian.Netter@usdoj.gov
*E-mail address*

(202) 514-2000
*Telephone number*

*FAX number*