# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  July 16, 2021

Mr. Stephen P. Wallace
640 Clematis Street
Number 92
West Palm Beach, FL 33402

Re:  Case No. 21-3646, *In re: Stephen Wallace*
Originating Case No. 1:21-cv-00181

Dear Mr. Wallace,

  The petition for writ of mandamus has been docketed as case number **21-3646** with the caption listed above.  If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

  The district court judge to whom this petition refers has been served with this letter.

Sincerely yours,

s/Robin Baker
Case Management Specialist
Direct Dial No. 513-564-7014

cc:  Mr. Richard W. Nagel

RECEIVED

JUL 1 6 2021

DEBORAH S. HUNT, Clerk

NO.

# SIXTH CIRCUIT COURT OF APPEALS

**USA, EX REL; STEPHEN P. WALLACE, PRIVATE ATTORNEY GENERAL/RELATOR,**

**AND ALL US TAXPAYERS SIMILARLY SITUATED, CO-PETITIONERS**

**VS.**

**US JUDGE DOUGLAS R. COLE, CO-RESPONDENT**
**[SD OH] _CASE #: 1:21-CV-181_**

**UNDERLYING RELATED CASES:**
**[WD WA] SEATTLE _CASE #: 16-CV-01371_**
**USA, EX REL; vs. OBAMA, et al;**
**DISTRICT OF COLUMBIA _CASE #: 1:19-CV-02168_**
**USA, EX REL; vs. McCONNELL, et al.**

**REAL PARTIES-IN-INTEREST**
**SECRETARY YELLEN, DEPARTMENT OF TREASURY**
**ACTING TREASURY IG**
**AND THE ACTORS CITED IN UNDERLYING CASES**

**EXTRAORDINARY WRITS OF MANDEMUS/PROHIBITION,**
**AND FOR THIS EN BANC PANEL TO ASSUME ORIGINAL JURISDICTION**
**TO "REVERSE & RENDER" FOR SPECIFIC ORDER UPON**
**DEFENDANT'S/REAL PARTIES-IN-INTEREST TO COMPLY WITH**
**AND SUBMIT TO, THE CIRCUIT'S ORDER FOR FORENSIC AUDIT BY**
**"BDO USA LLC" OF THE _2009 RECOVERY ACT INFRASTRUCTURE FUNDS_"**

**JULY 15, 2021**

**Stephen P. Wallace**
**640 Clematis Street # 92**
**West Palm Beach, FL. 33402**
**(331) 575-2341**
spaulwallace@yahoo.com

Petitioners jointly File this WRIT to "REVERSE & RENDER" the Court's March 30th, 2021, **ORDER,** which allegedly, but intentionally, diverts attention away from the "ongoing Pattern of the Real Parties-in-Interest to Voluntarily Bankrupt the US Treasury, Under Color of US Congressional Legislation";

1 That clearly No Party Objected to, nor filed any Motions to Dismiss, therefore Judge Cole, after Judicial Notice & Actual Knowledge of this PENDING NATIONAL SECURITY CRISIS, containing the PATTERN of the multiple *FALSE CLAIMS CASES of RECORD*, it is apparent that Judge Cole's impartiality was allegedly compromised by the REAL PARTIES-in-INTEREST.

2 That to Identify USA, ex rel's: Interest in "***the property or transaction that is the subject of Ohio's lawsuit",*** compels Judge Cole, a competent jurist, to recognize said "***Pattern of Trillion's of US Taxpayer's Funds being Diverted, with No Accountability***", culminating in the valiant instant Litigation by Ohio AG David Yost, his TEAM, and "USA, ex rel";

**NOTICE**: Petitioners AGAIN urge AG YOST Intervene in this WRIT, per Duty & Oath of Office, to cease wasting Ohio Taxpayer Funds on the ongoing "Bait & Switch" continually perpetrated by the REAL PARTIES-in-INTEREST;

3 That have proffered irrefutable Documentation to the US Supreme Court (3) times, with "specificity & particularity", but was Deprived FILING by the same deputy clerk in collusion with Real Parties-in-Interest, therefore Judge Cole's clerk's due diligence would have confirmed same, thus Granting Intervention, via "***PERMISSIVE INTERVENTION", under FRCP 24(b);***

In Conclusion, the En Banc Panel, after Judicial Notice & Actual Knowledge of this alleged Enterprise, confirmed by USDOJ IG Michael Horowitz' multiple Criminal Referral's, including to Administrative Office of US Courts; US Senator's Orrin Hatch; James Talent; James Inhofe and Mark Kirk, all Acknowledging the Malfeasance/Misfeasance perpetrated upon "USA, ex rel;" to Date.

Wherefore, No Party will be Prejudiced by this En Banc Panel's timely & urgent "Reverse & Render" **ORDER,** for a **TEMPORARY STAY upon the CONGRESS**; for the Real Parties-in-Interest to fully cooperate in producing the "Sources & Uses" of the "*2009 RECOVERY ACT for INFRASTRUCTURE SHOVEL-READY JOBS*", for the Forensic Audit by "BDO USA LLC", with Johanna Ayers of *GAO FORENSICS*, as GAO Director, DODARO, is conflicted out by his [15 Year Obama Appointment].

The **ORDER** should also contain that the "**Certified Findings of Fact/Conclusions of Proper Disbursements"** be proffered to the US Supreme Court upon return from Recess c/o Justice Clarence Thomas; US Congressional Leaders & Minority; including a PROTECTIVE ORDER for Stephen Wallace's PERSON.

Respectfully submitted to En Banc Panel,

*Stephen P. Wallace*

**AFFIDAVIT**

I swear affirm the foregoing is true & correct.

*Stephen P. Wallace*

State of Florida
County of Palm Beach
Stephen P. Wallace appeared & signed this Affidavit this 5th day of July, 2021



Notary Public State of Florida
Esiah Venegas
My Commission GG 336436
Expires 05/20/2023

_____
Notary Public

**Certificate of Mailing**

I certify that a true copy was transmitted to All Interested Parties via PDF

*Stephen P. Wallace*

Query    Reports    Utilities    Help    Log Out

CLOSED,JURY,PROSE-NP,TYPE-F

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:19-cv-02168-JEB**

WALLACE v. MCCONNELL et al                      Date Filed: 07/22/2019
Assigned to: Judge James E. Boasberg          Date Terminated: 08/01/2019
Demand: $100,000,000,000                       Jury Demand: Plaintiff
Cause: 31:3729 False Claims Act                Nature of Suit: 375 False Claims Act
                                               Jurisdiction: Federal Question

**Plaintiff**

**STEPHEN P. WALLACE**                         represented by  **STEPHEN P. WALLACE**
*United States of America ex rel.*                             1116 Sheffer Road
                                                               Apartment F
                                                               Aurora, IL 60505
                                                               PRO SE

V.

**Defendant**

**MITCH MCCONNELL**
*Individually and in his Official Capacity as U.S.*
*Senate Majority Leader*

**Defendant**

**JOHN DOES 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2019 | 1 | WITHDRAWN PURSUANT TO NOTICE FILED ON 7/29/2019.....COMPLAINT against JOHN DOES 1-20, MITCH MCCONNELL ( Filing fee $ 400, receipt number 4616099836) with Jury Demand filed by STEPHEN P. WALLACE. (Attachments: # 1 Civil Cover Sheet; # 2 Exhibits) (zjf). (Entered: 07/24/2019) |
| 07/22/2019 |  | SUMMONS Not Issued as to JOHN DOES 1-20, MITCH MCCONNELL (zjf) (Entered: 07/24/2019) |
| 07/29/2019 | 2 | NOTICE by STEPHEN P. WALLACE re 1 Complaint (Attachment: # 1 Exhibit Attachment) (tth) (Entered: 08/01/2019) |
| 08/01/2019 | 3 | ORDER: The Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. Signed by Judge James E. Boasberg on 8/1/2019. (lcjeb2) (Entered: 08/01/2019) |
| 08/01/2019 | 4 | MEMORANDUM OPINION re 3 Order. Signed by Judge James E. Boasberg on 8/1/2019. (lcjeb2) (Entered: 08/01/2019) |
| 08/02/2019 |  | MINUTE ORDER: Because there is no reason that this case should be sealed, the Court ORDERS that it be unsealed. So ORDERED by Judge James E. Boasberg on 8/2/2019. (lcjeb2) (Entered: 08/02/2019) |
| 09/03/2019 | 5 | MOTION to Vacate 3 Order, 4 Memorandum & Opinion, MOTION for Relief from Judgment, MOTION for Refund of Fees Paid by STEPHEN P. WALLACE (Attachment: # 1 Exhibit)(zsb) (Entered: 09/04/2019) |
| 09/18/2019 |  | MINUTE ORDER: The Court ORDERS that Plaintiff's 5 Motion to Vacate is DENIED. So ORDERED by Judge James E. Boasberg on 09/18/2019. (lcjeb1) (Entered: 09/18/2019) |
| 10/22/2019 | 6 | LEAVE TO FILE DENIED - Formal Verified Notice; Emergency Motions to Vacate "August 1st Judgment". This document is unavailable as the Court denied its filing. "Leave to file DENIED, Case was closed on 8/1/19". Signed by Judge James E. Boasberg on 10/22/19. (zth) Modified text on 10/28/2019 (zth). |

NO.

## UNITED STATES SUPREME COURT OF THE UNITED STATES

**UNITED STATES OF AMERICA, ex rel; STEPHEN P. WALLACE,
PRIVATE ATTORNEY GENERAL & RELATOR,
and ALL US TAXPAYERS ADVERSELY AFFECTED, PETITIONERS
VS.
DC US CHIEF JUDGE BERYL HOWELL & DC US DISTRICT JUDGR BOARSBERG, in DC
USDC (CASE #:1:19-CV-2168), RESPONDENTS**

## REAL PARTIES-IN-INTEREST DETERMINED, BY [G.A.O. FORENSIC AUDITS]

## FOURTH ATTEMPT TO FILE EXTRAORDINARY WRITS OF MANDEMUS/PROHIBITION FOR USSC TO ASSUME ORIGINAL JURISDICTION TO "REVERSE & RENDER", FOR AN ORDER UPON [G.A.O.] TO COMMENCE THE (3) FORENSICS, IN SEQUENCE PER MAGNITUDE OF THE COMPOUNDED REPARATIONS DUE US TREASURY & RELATOR, "BEFORE RECESS" !!!

**Stephen P. Wallace
Private Attorney General & RELATOR
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(331) 575-2341**

**June 24, 2020
Via E-FILE <1st PDF of 3>**

## *CHRONOLOGICAL FACTS-IN-SUPPORT OF WRITS TO "REVERSE & RENDER" AN ORDER FOR [G.A.O.] FORENSIC DIRECTOR, JOHANA AYERS, TO COMMENCE* **SPOLIATION/SANITIZATION OF US COURT & USSC RECORDS**

1 That Pauperis/Pro se Victim's, USA, ex rel; Stephen P. Wallace, as Private Attorney General & RELATOR verifies herein NOTICE of US JUSTICE, SOTOMAYOR'S "Dissenting" in USSC APPLICATION FOR STAY, in [CASE #:19A905]; (enclosed)

2 That Petitioner's attempted to File their October 14, 2019, "Formal Verified Notice", that was illicitly DENIED Filing, as confirmed herein & PACER; (enclosed)

3 That for the [3rd Time], the USSC deputy clerk DEFIED Petitioner's "RIGHTS TO DUE PROCESS", spoliating/sanitizing Petitioner's WRIT FILING from the RECORD on December 2, 2019; (enclosed)

4 That to allegedly "compound the Judicial Tyranny" accruing the "Deprivation of Rights & Conspiracy Under Color of Law [Title 18, USC Sections 241 & 242], the DC Court then "Misapprehended/Misappropriated the WRIT NOTICE to underlying CASE, AND FILED a "SHAM CASE", to then attempt to "DISMISS THE WRIT WITH PREJUDICE" in Miscellaneous [CASE #:1:19-cv-03692]; (enclosures)

5 That5 Petitioner's, after the [2nd WRIT Hand Delivered & Stamped @ USSC on May 3rd, 2017], attempted to then Retrieve for Counsel, Joan Godlove's verified "Application For Stay", in USSC [CASE #:09A510], from the USSC Clerk, but was told it was now @ the National Archives; (enclosed)

6 That Petitioner's then went to National Archives, Registered for Security with Photo, only to Find that "Only the INDEX was in the RECORD, with NO APPLICATION BRIEF (20 Pages), "ONLY a LETTER from CLERK that the APPLICATION was DENIED, with NO ORDER, as SOTOMAYOR which should reflect Federal Procedure, as was done in USSC [Case #:19A905] Application For Stay; (enclosures)

7 That Real Parties-in-Interest in USSC [CASE#:09A510], then Retaliated against Godlove, Threatening Incarceration for "sham Contempt of Court, then CONSPIRED with their OK. Judicial/Legal KLAN to DISBARR Godlove, and ORDERED her to "WITHDRAW FROM ALL WALLACE CASES", inflicting Emotional Duress & Failure to Thrive & DEATH, "Under Color of Law"; (enclosures)

Wherefore, with (2) Supporting [PDF'S] to Follow, Petitioner's Hereby DEMAND this EN BANC COURT, having Now the "NON-DISCRETIONARY DUTY After 'Judicial Notice & Actual Knowledge of the Irrefutable Judicial Tyranny perpetrated, to "REVERSE & RENDER" an ORDER for the President & GAO, Johanna Ayers, Director, to "Commence the Forensic Audits IDENTIFIED-in-ORDER, sua sponte & instanter, to be proffered to the USSC JUSTICE'S upon their RETURN FROM RECESS ! Concurrently, USSC to ORDER a PROTECTIVE ORDER for Wallace, & RELOCATION to DC to Assist Forensic Audits, @ the USA Expense for All Expenses until CASES are "Certified LOSSES to USA & Petitioner/RERLATOR", "ALL BEFORE RECESS" !

Urgently & Respectfully submitted,

Cc: President Trump via Jay Sekulow & Eric Trump
US Treasury Secretary Mnuchin
US Attorney John Durham
US AG Barr
USGOJ IG Horowitz
US Senator Grassley & US Rep. Sensenbrenner

## **AFFIDAVIT**

I swear/affirm the foregoing is true under penalty of perjury.

County of _____
State of _Dupage_
Stephen P. Wallace appeared this _11_ day of June, 2020, & signed this Affidavit.

Notary Public

OFFICIAL SEAL
LINDA ZABLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/26/23

# Pro Se Law

**HAINES v. KERNER, ET AL.** 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Whatever may be the limits on the scope of inquiry of courts into the internal administration of prisons, allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957). See *Dioguardi v. Durning,* 139 F.2d 774 (CA2 1944).

**ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE** 29 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251. We now consider whether respondent's complaint states a cognizable 1983 claim. The handwritten pro se document is to be liberally construed. As the Court unanimously held in *Haines v. Kerner,* 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957).

**WILLIAM MCNEIL, PETITIONER v. UNITED STATES** 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468. Moreover, given the clarity of the statutory text, it is certainly not a "trap for the unwary." It is no doubt true that there are cases in which a litigant proceeding without counsel may make a fatal procedural error, but the risk that a lawyer will be unable to understand the exhaustion requirement is virtually nonexistent. Our rules of procedure are based on the assumption that litigation is normally conducted by lawyers. While we have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed, see *Haines v. Kerner,* 404 U.S. 519 (1972); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976), and have held that some procedural rules must give way because of the unique circumstance of incarceration, see *Houston v. Lack,* 487 U.S. 266 (1988) (pro se prisoner's notice of appeal deemed filed at time of delivery to prison authorities), we have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, "in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." *Mohasco Corp. v. Silver,* 447 U.S. 807, 826 (1980).

**BALDWIN COUNTY WELCOME CENTER v. BROWN** 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice." We frequently have stated that pro se pleadings are to be given a liberal construction.

**HUGHES v. ROWE ET AL.** 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346. Petitioner's complaint, like most prisoner complaints filed in the Northern District of Illinois, was not prepared by counsel. It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner,* 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson,* 627 F.2d 83, 86 (CA7 1980); *French v. Heyne,* 547 F.2d 994, 996 (CA7 1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines,* supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto,* 405 U.S. 319, 322 (1972).

Cite as: 589 U. S. ____ (2020)          1

SOTOMAYOR, J., dissenting

# SUPREME COURT OF THE UNITED STATES

---
No. 19A905
---

## CHAD WOLF, ACTING SECRETARY OF HOMELAND SECURITY, ET AL. *v.* COOK COUNTY, ILLINOIS, ET AL.

ON APPLICATION FOR STAY

[February 21, 2020]

The application for stay presented to JUSTICE KAVANAUGH and by him referred to the Court is granted, and the District Court's October 14, 2019 order granting a preliminary injunction is stayed pending disposition of the Government's appeal in the United States Court of Appeals for the Seventh Circuit and disposition of the Government's petition for a writ of certiorari, if such writ is timely sought. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

JUSTICE GINSBURG, JUSTICE BREYER, and JUSTICE KAGAN would deny the application.

JUSTICE SOTOMAYOR, dissenting from the grant of stay.

Today's decision follows a now-familiar pattern. The Government seeks emergency relief from this Court, asking it to grant a stay where two lower courts have not. The Government insists—even though review in a court of appeals is imminent—that it will suffer irreparable harm if this Court does not grant a stay. And the Court yields.

But this application is perhaps even more concerning than past ones. Just weeks ago, this Court granted a stay of a different decision involving the same administrative rule at issue here, after the Government professed urgency

2          WOLF *v.* COOK COUNTY

SOTOMAYOR, J., dissenting

because of the form of relief granted in the prior case—a
nationwide injunction. The Government now uses that
stay—of a nationwide injunction—to insist that it is enti-
tled to one here. But the injunction in this case is limited
to one State, Illinois. The Government cannot state with
precision any of the supposed harm that would come from
the Illinois-specific injunction, and the Court of Appeals for
the Seventh Circuit has scheduled oral argument for next
week. The Government's professed harm, therefore, boils
down to an inability to enforce its immigration goals, possi-
bly in only the immediate term, in one of 50 States. It is
hard to say what is more troubling: that the Government
would seek this extraordinary relief seemingly as a matter
of course, or that the Court would grant it.

This case concerns a provision of the Immigration and
Nationality Act that renders inadmissible any noncitizen
who "is likely at any time to become a public charge." 8
U. S. C. §1182(a)(4)(A). The provision instructs immigra-
tion officers to consider, "at a minimum," a person's "age;
health; family status; assets, resources, and financial sta-
tus; and education and skills" in determining inadmissibil-
ity on this "public charge" basis. §1182(a)(4)(B). For the
last 20 years, field guidance has defined "public charge" as
a person "primarily dependent on the government for sub-
sistence." 64 Fed. Reg. 28689 (1999) (internal quotation
marks omitted). Per that guidance, immigration officers
were not to consider non-cash public benefits in deciding
whether a noncitizen met that definition.

In August 2019, the Department of Homeland Security
issued a regulation that changed this longstanding defini-
tion. This new regulation (the public-charge rule) now de-
fines a "public charge" as "an alien who receives one or more
designated public benefits for more than 12 months in the
aggregate within any 36-month period (such that, for in-
stance, receipt of two benefits in one month counts as two
months)." 84 Fed. Reg. 41292, 41295. The regulation also

Cite as: 589 U. S. ____ (2020)            3

SOTOMAYOR, J., dissenting

expands the type of benefits that may render a noncitizen inadmissible, including non-cash benefits such as the Supplemental Nutrition Assistance Program (formerly food stamps), most forms of Medicaid, and various forms of housing assistance. *Ibid.*

Several lawsuits followed, one of which reached this Court last month. See Application for Stay of Injunctions in *Department of Homeland Security* v. *New York*, No. 19A785 (New York cases). The Government in no small part insisted that it was entitled to a stay because of the scope of relief awarded below: The District Court in the New York cases imposed a nationwide injunction that "rendered effectively academic" the Government's successful litigation on the public-charge rule elsewhere. *Id.*, at 4. The Government's unquestionable focus was the scope of that injunction: Its stay application used the word "nationwide" 34 times.

Over the dissent of four Justices, this Court granted the Government's application for a stay. *Department of Homeland Security* v. *New York*, 589 U. S. ____ (2020). Two Justices concurred in the grant of the stay, emphasizing—as the Government did—the "equitable and constitutional questions raised by the rise of nationwide injunctions." *Id.*, at ____ (GORSUCH, J., concurring in grant of stay) (slip op., at 5). No Member of the Court discussed the application's merit apart from its challenges to the injunction's nationwide scope.

In the meantime, other courts considered the public-charge rule, and one—the District Court in this case—ruled much more narrowly. The District Court concluded that the plaintiffs in the case before it were entitled to a preliminary injunction, based on self-described "dry and arguably bloodless" legal analysis. *Cook County* v. *McAleenan*, ____ F. Supp. 3d ____, ____, 2019 WL 5110267, *14 (ND Ill., Oct. 14, 2019). But it did not award nationwide relief as the New York court had: It merely prevented the Government from

4          WOLF *v.* COOK COUNTY

Sotomayor, J., dissenting

enforcing the public-charge rule in Illinois, where the "'nearly 100 nonprofit organizations and social and health service providers'" represented by one of the plaintiffs were located. *Ibid.*

After the District Court declined to stay enforcement of its injunction pending appeal, the Government asked the Seventh Circuit to intervene and stay the injunction itself. On December 23, 2019, the Seventh Circuit declined, and instead set an expedited briefing schedule to ensure prompt consideration of the issue. As part of that expedited schedule, the Seventh Circuit set oral argument for February 26, 2020—five days from now.

Notably, the Government initially chose not to appeal the Seventh Circuit's decision denying a stay. Instead, while letting the normal appellate process play out in this case, it urged this Court to review a later issued decision granting a nationwide injunction—in no small part because it was a nationwide injunction. Yet now that this Court acceded to that request, the Government wants more: It asks this Court to grant a stay of the District Court's considered—and considerably narrower—order below.

One might wonder what the trouble is with granting a stay in this case. After all, by granting a stay in the New York cases, the Court effectively has already allowed the Government to enforce the public-charge rule elsewhere—why not Illinois too? But—even putting aside the dissent of four Justices in the New York cases and the plaintiffs' weighty arguments on the merits—the Court should not forget the burden the Government must carry to obtain a stay. To warrant this "'extraordinary'" relief, *Williams* v. *Zbaraz*, 442 U. S. 1309, 1316 (1979) (Stevens, J., in chambers), it is not enough for a party to point to an important legal issue, or even one that is likely to obtain the assent of five Justices on the merits (which is far from certain here). Instead, to justify upending the normal rules of appellate

SOTOMAYOR, J., dissenting

procedure, a party must also show a likelihood of irreparable harm. *Packwood* v. *Senate Select Comm. on Ethics*, 510 U. S. 1319, 1320 (1994) (Rehnquist, C. J., in chambers). And "[b]ecause this matter is pending before the Court of Appeals, and because the Court of Appeals denied" the Government's motion for a stay, the Government now bears "an especially heavy burden." *Ibid.*

The Government has not made that showing here. Its public-charge rule is set to go into effect in 49 of 50 States next week. The Seventh Circuit is set to consider the Illinois-specific injunction next week as well, with a decision to follow shortly thereafter. And the Government is unable to articulate how many cases—if any—this narrow injunction would affect in the meantime. In sum, the Government's only claimed hardship is that it must enforce an existing interpretation of an immigration rule in one State—just as it has done for the past 20 years—while an updated version of the rule takes effect in the remaining 49. The Government has not quantified or explained any burdens that would arise from this state of the world. Indeed, until this Court granted relief in the New York cases, the Government itself did not consider this Illinois-specific harm serious enough to warrant asking this Court for relief.

These facts—all of which undermine the Government's assertion of irreparable harm—show two things, one about the Government's conduct and one about this Court's own. First, the Government has come to treat "th[e] exceptional mechanism" of stay relief "as a new normal." *Barr* v. *East Bay Sanctuary Covenant*, 588 U. S. ___, ___ (2019) (SOTOMAYOR, J., dissenting from grant of stay) (slip op., at 5). Claiming one emergency after another, the Government has recently sought stays in an unprecedented number of cases, demanding immediate attention and consuming limited Court resources in each. And with each successive application, of course, its cries of urgency ring increasingly hollow. Indeed, its behavior relating to the public-charge

6              WOLF *v.* COOK COUNTY

SOTOMAYOR, J., dissenting

rule in particular shows how much its own definition of ir-
reparable harm has shifted. Having first sought a stay in
the New York cases based, in large part, on the purported
harm created by a nationwide injunction, it now disclaims
that rationale and insists that the harm is its temporary
inability to enforce its goals in one State.

Second, this Court is partly to blame for the breakdown
in the appellate process. That is because the Court—in this
case, the New York cases, and many others—has been all
too quick to grant the Government's "reflexiv[e]" requests.
*Ibid.* But make no mistake: Such a shift in the Court's own
behavior comes at a cost.

Stay applications force the Court to consider important
statutory and constitutional questions that have not been
ventilated fully in the lower courts, on abbreviated timeta-
bles and without oral argument. They upend the normal
appellate process, putting a thumb on the scale in favor of
the party that won a stay. (Here, the Government touts
that in granting a stay in the New York cases, this Court
"necessarily concluded that if the court of appeals were to
uphold the preliminary injunctio[n], the Court likely would
grant a petition for a writ of certiorari" and that "there was
a fair prospect the Court would rule in favor of the govern-
ment." Application 3.) They demand extensive time and
resources when the Court's intervention may well be unnec-
essary—particularly when, as here, a court of appeals is
poised to decide the issue for itself.

Perhaps most troublingly, the Court's recent behavior on
stay applications has benefited one litigant over all others.
This Court often permits executions—where the risk of ir-
reparable harm is the loss of life—to proceed, justifying
many of those decisions on purported failures "to raise any
potentially meritorious claims in a timely manner." *Mur-
phy* v. *Collier,* 587 U. S. ___, ___ (2019) (second statement
of KAVANAUGH, J.) (slip op., at 4); see also *id.,* at ___ (ALITO,
J., joined by THOMAS and GORSUCH, JJ., dissenting from

Cite as: 589 U. S. ____ (2020)        7

SOTOMAYOR, J., dissenting

grant of stay) (slip op., at 6) ("When courts do not have adequate time to consider a claim, the decisionmaking process may be compromised"); cf. *Dunn* v. *Ray*, 586 U. S. ___ (2019) (overturning the grant of a stay of execution).  Yet the Court's concerns over quick decisions wither when prodded by the Government in far less compelling circumstances—where the Government itself chose to wait to seek relief, and where its claimed harm is continuation of a 20-year status quo in one State.  I fear that this disparity in treatment erodes the fair and balanced decisionmaking process that this Court must strive to protect.

I respectfully dissent.

Leave to file DENIED

_James E. Boasberg_ _Date_
United States District Judge

case was closed 8/1/

OCT 1 6 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

United States of America, ex rel;
Stephen P. Wallace, Private Attorney General
& RELATOR, and US Taxpayers similarly situated,
Class Action Plaintiffs,

vs.

Mitch McConnell, individually, and in his
Official Capacity as US Senate Majority Leader,
And John Does (1-20) identified herein,
Class Action Defendants.

Case No. 1:19-cv-2168
Jury Demanded
Judge Boasberg &
Chief Judge Howell

## FORMAL VERIFIED NOTICE THAT PLAINTIFF'S SHALL SEEK "EXTRAORDINARY WRITS OF MANDEMUS/PROHIBITION @ US SUPREME COURT", FOR THIS COURT'S ARBITRARY/CAPRICIOUS DENIALS OF DUE PROCESS RIGHTS, MULTIPLE EMERGENCY MOTIONS FOR REFERRAL TO EN BANC PANEL, & BLATENT CONFLICTS OF INTEREST

1) That Plaintiffs', Collectively, proffer Formal Verified Notice that "Extraordinary WRITS of Mandemus/Prohibition" shall be Filed @ the US Supreme Court to "**REVERSE & RENDER**" ORDER'S to secure Forensic Audits of the (3) Propositions adversely affecting the US TREASURY & US Taxpayers, including Denial of the Emergency Motions to Vacate @ (Dkt.5); (Enclosures)

Cc: President Trump c/o Jay Sekulow
US Attorney John Durham
US Office of Special Counsel H. Kerner & Team
Administrative Office of the Courts c/o USDOJ IG Horowitz
US Attorney General Barr
US Senator Grassley & US Congressman Sensenbrenner

Stephen P. Wallace
Private Attorney General/RELATOR
1116 Sheffer Road  Apt. F
Aurora, IL. 60505
(331) 575-2341

## AFFIDAVIT

I swear/affirm the foregoing is true under penalty of perjury.

State of _Illinois_
County of _Kane_
Stephen P. Wallace appeared before me this _14th_ day, October, 2019, signing this Affidavit.

Notary Public

Official Seal
Lauri J Johnson
Notary Public State of Illinois
My Commission Expires 03/16/2020

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

December 2, 2019

Stephen P. Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

    RE: In Re Wallace

Dear Mr. Wallace:

    The above-entitled petition for an extraordinary writ of mandamus/prohibition was received on December 2, 2019. The papers are returned for the following reason(s):

    The petition does not follow the form prescribed by Rule 14 as required by Rule 20.2.

    The petition does not show how the writ will be in aid of the Court's appellate jurisdiction, what exceptional circumstances warrant the exercise of the Court's discretionary powers, and why adequate relief cannot be obtained in any other form or from any other court. Rule 20.1.

    A copy of the corrected petition must be served on opposing counsel.

                Sincerely,
                Scott S. Harris, Clerk
                By:
                Jacob Levitan
                (202) 479-3392

Enclosures

Case 1:19-cv-03692-UNA   Document 1   Filed 12/05/19   Page 1 of 6

## U.S. DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Case: 1:19-cv-03692      (F Deck)
Assigned To : Unassigned
Assign. Date : 12/5/2019
Description: Pro Se Gen. Civil

IN THE

### SUPREME COURT OF THE UNITED STATES

_____

USA, ex rel;            Stephen P. Wallace PETITIONER
                        (Your Name)

DC Chief Judge Beryl Howell    vs.
DC Judge James Boasberg         — RESPONDENT(S)

                        Mandemus
ON PETITION FOR A WRIT OF ~~CERTIORARI~~ TO
                        Prohibition

DC USDC - Washington DC
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

                        Mandemus
PETITION FOR WRIT OF ~~CERTIORARI~~
                        Prohibition

Stephen P. Wallace
(Your Name)

1116 Shuffer Rd. Apt. F
(Address)

Aurora, Illinois 60505
(City, State, Zip Code)

(331) 575-2341
(Phone Number)

RECEIVED
Mail Room
DEC - 5 2019

1

**QUESTION(S) PRESENTED**

1. Whether there are (2) different FRCP between the Seattle, WA., USDC and the Washington, DC USDC, that applies to judges alleged to have engaged in questionable conduct in civil litigation, that obstructs or impedes "the due administration of justice."

2. Whether the President of the United States should appoint an "Inspector General for the Judiciary, per [BILLS] pending since 2006.

Case 1:19-cv-03692-UNA    Document 1    Filed 12/05/19    Page 3 of 6

## NO.

## UNITED STATES SUPREME COURT OF THE UNITED STATES

**UNITED STATES OF AMERICA, ex rel; STEPHEN P. WALLACE,**
**PRIVATE ATTORNEY GENERAL & RELATOR,**
**and ALL US TAXPAYERS ADVERSELY AFFECTED, PETITIONERS**
**VS.**
**DC US CHIEF JUDGE BERYL HOWELL & DC US DISTRICT JUDGR BOARSBERG, in DC**
**USDC (CASE #:1:19-CV-2168), RESPONDENTS**

## REAL PARTIES-IN-INTEREST DETERMINED, BY [G.A.O. FORENSIC AUDITS]

## EXTRAORDINARY WRITS OF MANDEMUS/PROHIBITION FOR USSC TO ASSUME ORIGINAL JURISDICTION TO "REVERSE & RENDER", FOR AN ORDER UPON [G.A.O.] TO COMMENCE THE (3) FORENSICS, IN SEQUENCE PER MAGNITUDE OF THE COMPOUNDED REPARATIONS DUE US TREASURY & RELATOR

**Stephen P. Wallace**
**Private Attorney General & RELATOR**
**1116 Sheffer Road  Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341**



**November 25, 2019**

## *CHRONOLOGICAL FACTS-IN-SUPPORT OF WRITS TO "REVERSE & RENDER" AN ORDER FOR [G.A.O.] FORENSIC DIRECTOR, JOHANA AYERS, TO COMMENCE* !

1 That Pro Se Petitioners proffer & adopt the applicable Statutes & Case Law; (enclosed)

2 That Petitioners presently have "multiple related Criminal Referrals pending" from UDSOJ IG, Michael Horowitz, since 2015 ? (enclosures)

3 That on August 26, 2016, Petitioners filed their [1st Class Action False Claims BIVENS CASE], in Seattle [WD WA] USDC (*Case #:16-cv-01371*); (enclosures)

4 That Petitioners "Demanded & were Granted" Leave to proceed directly to the USSC for [9th Circuit Chief Judge], on February 13, 2017, which FILING was illicitly "Spoliated from the RECORD", wherein Petitioner contacted then US AG Sessions @ his Mobile, AL., home, who then opened a Criminal Mail Theft CASE on February 23, 2017; (enclosures)

5 That the alleged "compounding of malfeasance/misfeasance" perpetrated, then resulted in "Kidnapped & DECEASED Co-Petitioner, LISA F. Wallace, filing WRITS again on May 3, 2017, AGAIN DENIED FILIG, with DEMAND & NOTICE to US AG Sessions & USDOJ IG Horowitz; (enclosures)

6 That on August 1, 2019, related Petitioners, Again filed their FALSE CLAIMS in DC USDC in [*Case #:1:19-cv-2168*], which were illicitly "*SEALED*" by Chief Judge Howell & US Judge Boarsberg, when Petitioners proffered Judicial Notice for their Actual Knowledge that the Seattle [WD WA] USDC filed the Original Class Action False Claims, instanter, and Granted [E-FILING], DENIED by RESPONDENTS, which then prompted a DEMAND for RECUSAL/DISQUALIFICATION, for their Blatant Conflicts of Interest in being APPOINTED by REAL PARTIES-in-INTEREST, "*illicitly spoliated from the RECORD on PACER ? (enclosures)*

7 That not only Petitioners named herein were illicitly DENIED their DUE REMEDY SOUGHT, but Chief Judge HOWELL then Granted the US House of Representatives to "Receive Secret GRAND JURY Testimony from Special Counsel Robert Mueller Investigation, "Without seeking a F.I.S.A. WARRANT", allegedly "aiding & abetting" the "so-called *covert Deep State Coup d' etat", under color of Law*; (enclosed)

8 That Respondent's then DENIED the timely Emergency Motion To Vacate pursuant to FRCP [60(b)(3) @ [Dkt. #5], but further "spoliated the RECORD of Petitioner's "Formal Verified Notice to File these WRITS @ USSC", on [10/14/19], yet "Never Notified Petitioner's until [10/31/19] via US Mail, AND permanently Denied RECORDS & PACER of said Documentation @ [Dkt # 6] ?; (enclosures)

Wherefore, all premises Verified as True, this USSC has a "non-discretionary Duty to GRANT the WRITS & Assume Original Jurisdiction", with an ORDER to [G.A.O.] Forensic Director, Johana Ayers, to commence the Forensic Audits to "Certify the Compounding REPARATIONS due the US Treasury & US Taxpayers, sua sponte. *
 **Sent via USPS Express #:EL 574490702 US**
With SIGNATURE CONFIRMATION
Cc: President Trump via Jay Sekulow
US Treasury Secretary Mnuchin
US Attorney John Durham
US AG Barr
USGOJ IG Horowitz
US Senator Grassley & US Rep. Sensenbrenner
*Chief Judge Howell & Judge Boarsberg via
USPS Certified Mail #:7017 2400 0000 8783 2586

### AFFIDAVIT
I swear/affirm the foregoing is true under penalty of perjury.

County of ___Kane___
State of ___IL___
Stephen P. Wallace appeared this 25th day of November, 2019, & signed Affidavit.

Notary Public

"OFFICIAL SEAL"
LAURA HAGER
Notary Public, State of Illinois
My commission expires 06/12/21

FIRST CLASS

7017 2400 0000 8783 2566

U.S. POSTAGE PAID
FCM LG ENV
BATAVIA, IL
NOV 26, 19
AMOUNT
$6.15
R2305M1 47774-02

1000

20001

Clerk
US District Court
Room 1225
333 Constitution Ave, NW
Washington, DC
20001

FILED

JAN 1 0 2020

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHEN P. WALLACE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 19-3692 (UNA) |
| | ) |
| BERYL A. HOWELL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

It appears that the petitioner is challenging the dismissal of his prior civil action. *See Wallace v. McConnell, et al.*, Civ. No. 19-2168 (D.D.C. Aug. 1, 2019). Such a challenge is properly raised by appealing the decision to the United States Court of Appeals for the District of Columbia Circuit. *See* 28 U.S.C. § 1291. Therefore, the Court will grant the petitioner's application to proceed *in forma pauperis* and dismiss the petition and this civil action without prejudice for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

DATE: ~~December~~ January 8, 2020 ~~, 2019~~

RANDOLPH D. MOSS
United States District Judge

**FILED**

JAN 10 2020

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEPHEN P. WALLACE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3692 (UNA) |
| | ) | |
| BERYL A. HOWELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's [2] application to proceed *in forma pauperis* is

GRANTED; and it is further

ORDERED that the petition and this civil action are DISMISSED WITH PREJUDICE.

This is a final appealable Order.

The Clerk of Court shall close this case.

SO ORDERED.

DATE: ~~December~~ Jan. 8, 2020 ~~, 2019~~

RANDOLPH D. MOSS
United States District Judge

Reproduced at the National Archives

Supreme Court, U.S.
FILED

NOV 23 2009

OFFICE OF THE CLERK

No. 09A510

# SUPREME COURT OF THE UNITED STATES

STEPHEN P. WALLACE, a beneficiary and successor co-trustee of the
Lorice T. Revocable Trust dated December 26, 1974, as restated effective
October 5, 1993 and as amended February 12, 1998 and March 13, 2000,
and a beneficiary and successor co-trustee of the Frank A. Wallace
Revocable Trust dated December 24, 1974, and as amended,

Petitioner-Applicant,

v.

THE HONORABLE DAMAN H. CANTRELL,
Judge of the District Court of Tulsa County,

Respondent Trial Judge,

RONALD J. SAFFA, TRUST COMPANY OF OKLAHOMA,
and J. P. MORGAN CHASE BANK, N.A., successor in
interest to BANK ONE TRUST COMPANY, N. A.,

Real Parties in Interest.

On Application to Stay Enforcement of Order of Supreme
Court of Oklahoma Denying Writ of Mandamus

## APPLICATION TO INDIVIDUAL JUSTICE TO
STAY ENFORCEMENT OF FINAL ORDER

Joan Godlove
Counsel of Record
2121 S. Columbia Avenue, Suite 500
Tulsa, Oklahoma 74114-3519
(918) 744-0201

RECEIVED

NOV 25 2009

OFFICE OF THE CLERK
SUPREME COURT, U.S.

Reproduced at the National Archives



## TABLE OF CONTENTS

FACTS ON WHICH APPLICATION IS BASED . . . . . . . . . . . . . . . . . . . . . . . . . 1

A. Final Order sought to be reviewed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

B. Why the relief sought is not available from any other court or judge . . . . . . . . 3

C. Facts relevant to the traditional stay factors . . . . . . . . . . . . . . . . . . . . . . . . 4

   1. Probability certiorari will be granted . . . . . . . . . . . . . . . . . . . . . . . . . 4

      a. Relevant background facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

      b. "Due process" question explicitly reserved in *Ballard* . . . . . . . . . . 4

      c. The decision below conflicts with prior decisions of this Court . . . . 5

      d. The "constitutional floor" for recusal recognized in *Bracy* and
        *Caperton* appears not to exist in Oklahoma . . . . . . . . . . . . . . . . 6

   2. Prospect of reversal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

   3. Likelihood of irreparable harm if stay is denied . . . . . . . . . . . . . . . . . . 8

      a. *Ex parte* Orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

      b. Failure to actually consider argument and evidence . . . . . . . . . . . 10

      c. Hearing set on less than one day's notice . . . . . . . . . . . . . . . . . . 11

      d. Use of contempt power to intimidate counsel . . . . . . . . . . . . . . . 11

      e. *Sua sponte* Order disqualifying counsel . . . . . . . . . . . . . . . . . . 12

      f. Order directing release of medical records without notice
        or opportunity to object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

LEGAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

A. Extraordinary circumstances justify entry of a stay pending the
   filing and disposition of Wallace's petition for certiorari . . . . . . . . . . . . . . 13

   1. There is a reasonable probability that four Justices will consider
      an issue or issues identified below sufficiently meritorious to
      grant certiorari . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Reproduced at the National Archives

a. Whether the "due process" question explicitly reserved in *Ballard* is sufficiently meritorious to be decided now in this case .......................... 14

b. Whether "bare bones" terms of the decision below conflict with prior decisions of this Court ............................................. 15

c. Whether questions about respondent's qualifications to hear a case, raised in Wallace's mandamus action, are constitutional questions ............... 17

2. There is a fair prospect that the Court will conclude that the decision below was erroneous ........................................... 18

3. There is a likelihood that irreparable harm will result from the denial of a stay ................................................. 18


**APPENDIX:**

Order, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Aug. 26, 2009) ............... 1a

Concurring opinion, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Aug. 26, 2009) ................................................................ 3a

Order, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Oct. 1, 2009) ............... 4a

Declaration of Joan Godlove (Nov. 21, 2009) ...................................... 6a

ii

Reproduced at the National Archives

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 29

## TABLE OF AUTHORITIES

**Cases:**

*Aquino v. Knox,* 60 A.2d 237 (D.C. App. 1948) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Arkansas Valley State Bank v. Phillips,* 2007 OK 78, 171 P.3d 899 . . . . . . . . . . . . . . . . . 12

*Ballard v. Commissioner of Internal Revenue,* 544 U.S. 40 (2005) . . . . . . . . . 4, 7, 8, 14, 15

*Barnes v. E-Systems, Inc. Group Hospital Medical & Surgical Insurance Plan,* 501 U.S. 1301 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 15

*Bracy v. Gramley,* 520 U.S. 899 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 17

*Canon v. Commission on Judicial Qualifications,* 14 Cal.3d 678, 537 P.2d 898 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Caperton v. A.T. Massey Coal Co.,* 129 S.Ct. 2252, 173 L.Ed.2d 1208 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 17, 18

*CBS, Inc. v. Davis,* 510 U.S. 1315 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Concrete Pipe and Prod. of California, Inc. v. Construction Laborers Pension Trust for Southern California,* 508 U.S. 602 (1993) . . . . . . . . . . . . . . . . . . . . . 18

*Conkright v. Frommert,* 556 U.S. __, 129 S.Ct. 1861, 173 L.Ed.2d 865 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*County of Sacramento v. Lewis,* 523 U.S. 833 (1998) . . . . . . . . . . . . . . . . . . . . . . 17, 18

*de la Llana-Castellon v. I.N.S.,* 16 F.3d 1093 (10th Cir. 1994) . . . . . . . . . . . . . . . . . . . 10

*Doe v. State,* 487 P.2d 47 (Alaska 1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Elrod v. Burns,* 427 U.S. 347 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*Frank v. State,* 912 So.2d 329 (Fla. App. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Gary W. v. State of Louisiana Department of Health and Human Resources,* 861 F.2d 1366 (5th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*General Council on Finance and Administration of United Methodist Church v. Superior Court of California, County of San Diego,* 439 U.S. 1355 (1978) . . . . . . . . . . . . 16

Reproduced at the National Archives

Case: 21-3646   Document: 1-2   Filed: 07/16/2021   Page: 30

*Goetz v. Crossen*, 41 F.3d 800 (2nd Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Goldberg v. Kelly,* 397 U.S. 254 (1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6, 7, 16

*Hamdi v. Rumsfeld*, 542 U.S. 507 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Indiana State Police Pension Trust v. Chrysler LLC*, 129 S.Ct. 2275,
173 L.Ed.2d 1285 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*In re "B,"* 482 Pa. 471, 394 A.2d 419 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*In re Gault*, 287 U.S. 1 (1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*In re Murchinson*, 349 U.S. 133 (1955) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*In re University of Kansas Faculty*, 2 Kan. App.2d 416, 581 P.2d 817
(1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Kanter v. Commissioner of Internal Revenue*, 337 F.3d 833 (7th Cir. 2003) . . . . . . . . . . . 8

*King v. State*, 272 Ga. 788, 535 S.E.2d 492 (2000) . . . . . . . . . . . . . . . . . . . . . . . . 12

*McWethy v. McWethy*, 366 N.W.2d 796 (N.D. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Matter of Waltemade*, 409 N.Y.S.2d 989 (N.Y. Ct. Jud. 1975) . . . . . . . . . . . . . . . . . . 11

*Mazza v. Cavicchia*, 15 N.J. 498, 105 A.2d 545 (1954) . . . . . . . . . . . . . . . . . . . . . . 15

*Miller Dollarhide, P.C. v. Moshe Tal*, 2007 OK 58, 163 P.3d 548 . . . . . . . . . . . 1, 5, 11, 19

*Morgan v. United States*, 298 U.S. 468 (1936) . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 10

*Morgan v. United States*, 304 U.S. 1 (1938) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Nauni v. Cannon*, 1981 OK CR 50, 628 P.2d 372 . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Nelson v. Adams USA, Inc.*, 529 U.S. 460 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Nelson v. NASA*, 530 F.3d 865 (9th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Nichols v. Jackson*, 2002 OK 65, 55 P.3d 1044 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Nken v. Holder*, 556 U.S. __, 129 S.Ct. 1749, 173 L.Ed.2d 550 (2009) . . . . . . . . . . . . . 13

(32 of 77)

Reproduced at the National Archives

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 31

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 1, 2009

Ms. Joan Godlove
2121 S. Columbia Ave., Suite 500
Tulsa, OK 74114-3519

    Re:  Stephen P. Wallace
          v. Daman H. Cantrell, Judge, District Court of Oklahoma, Tulsa
          County, et al.
          Application No. 09A510

Dear Ms. Godlove:

    The application for a stay pending the filing and disposition of a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on December 1, 2009, denied the application.

                    Sincerely,

                    **William K. Suter**, Clerk

                    by

                    Danny Bickell
                    Staff Attorney



Advertise    Home Delivery Subcriptions

SEARCH




# THE LAWTON CONSTITUTION

THE LAWTON CONSTITUTION
SUBSCRIBE HERE!

YOUR FIRST STEP TO THE PERFECT HOME

ARVEST BANK

HOME    NEWS    STYLES    SPORTS    OBITUARIES    E-EDITIONS    CLASSIFIEDS    CONTACT    EVENTS

580 Monthly    Special Sections    Place a Classified Ad    The Fort Sill Tribune    Church Listings    Styles Forms

# Joan Godlove

Sun, 08/31/2014 - 1:45am Staff

Word has been received of the death of Joan Godlove, 75, Oklahoma City.

Mrs. Godlove passed away peacefully Saturday, Aug. 30, 2014, in Oklahoma City.

The family celebrated Joan's life in a private gathering at the home of Amanda and Keith Erwin.

She was born May 2, 1939, at the Fort Sill Indian Hospital in Lawton to Mary Virginia Dunlap and William Woolsey Godlove.

She earned a Bachelor of Arts in Zoology in 1961 from Duke University in Durham, N.C.; a Masters of Science in Medical Art in 1964 from the Medical School of Georgia in Augusta, Ga.; and a Juris Doctorate summa cum laude in 1977 from the Indiana School of Law in Indianapolis, Ind.

Joan was employed as a medical illustrator at the Mayo Clinic in Rochester, Minn.; at the Medical School of Georgia; and at the University of Texas Southwestern Medical Center in Dallas from 1964 through 1974. Beginning in 1977, Joan practiced law in Rochester, Minn., Indianapolis and Evansville, Ind., and Tulsa.

She was a gifted artist, an avid golfer, loved traveling and was a frequent visitor to museums and art galleries. She will be especially remembered for her intellect, tenacity and commitment to challenge injustice and her love and compassion for friends and family. Joan possessed a joyful spirit that brightened the lives of those she touched.

Survivors include a brother and sister-in-law, Ernest and Jane Godlove, Lawton; a brother and sister-in-law, James and Mary Jane Godlove, Vienna Va.; a sister, Susan Godlove, Lawton; nephews and nieces: Chris Godlove and Julien Hartley, Washington, D.C.; Amanda and Keith Erwin of Edmond; Brian and Pamela Godlove, Fairfax, Va.; and Rebecca Godlove, Pacific Palisades, Calif.; and grand nephews and nieces: Joseph and Molly Erwin, Oklahoma City, and Brooke and Carter Godlove, Fairfax, Va.

She was preceded in death by her parents.

Memorial contributions are welcome in support of the Integris Hospice House 13920 Quailbrook Drive, Oklahoma City, Oklahoma 73116 and the Philbrook Gardens 2727 South Rockford Road, Tulsa, Oklahoma 74114.

Joan's family would like to express their appreciation to the staff and volunteers at Integris Hospice House for their care and attention to make Joan's final days comfortable and peaceful.

An online guest book and sympathy cards are available at www.beckerfuneral.com.

**Section:** obituaries


Susan Stricklin
580-917-0707
HOMESLAWTON.COM


CHANCE REALTY


Natalie Poole
Meeting & Event Planning, Engineer
832-914-9991
NPieExceptional-Occasions.com


CAPUCCIO DREAM HOMES REALTY
"It's No Hassle... To Sell Your Castle."
Tony Capuccio,
2801 SW Lee Blvd • 580-585-3337
www.tonysdreamhomes.com



CAMERON UNIVERSITY
www.cameron.edu
1-888-454-7600

**The Lawton Constitution**

102 SW 3rd, Lawton, OK
Classifieds: (580) 357-9545
Circulation: (580) 353-6397
Switchboard: (580) 353-0620

**Site Links**
o Home
o News
o Styles
o Sports
o Obituaries
o e-Editions
o Classifieds
o Contact
o Events

SunNews Media

JAMES M. INHOFE
OKLAHOMA

WASHINGTON OFFICE
453 Russell Senate Office Building
Washington, DC 20510-3603
(202) 224-4721

TULSA OFFICE
1924 South Utica, Suite 530
Tulsa, OK 74104
(918) 748-5111

OKLAHOMA CITY OFFICE
1900 N.W. Expressway, Suite 1210
Oklahoma City, OK 73118
(405) 608-4381

# United States Senate
### WASHINGTON, DC 20510-3603

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND
PUBLIC WORKS
INDIAN AFFAIRS

December 18, 2003

Mr. Stephen P. Wallace
6528 East 101st #D-1 304
Tulsa, Oklahoma  74133

Dear Mr. Wallace:

　　Thank you for forwarding a copy of the letter you sent to Senator Orrin Hatch and Senator James Talent regarding judicial corruption.  I certainly appreciate your taking the time to share this information with me.

　　Even though I return to the state almost every weekend, I do not always have the opportunity to listen to everyone's ideas, concerns, and problems.  These are always important, as they are the building blocks of Oklahoma's representation here in Washington.  When you share these letters with me, you are sharing them with Congress and, in turn, the nation.  Be assured that I will continue to monitor the situation you outlined in your letter.  Please keep me updated regarding this situation.

　　Please feel free to continue sharing letters such as these with me in the future.

Sincerely,

James M. Inhofe
United States Senator

JMI:vp

# Judicial tyranny

From Wikipedia, the free encyclopedia

In common law **Judicial tyranny** is a common law felony with a substantial prison sentence and fine. It is a subset of obstruction of justice. Judicial tyranny is malfeasance, misfeasance or nonfeasance by a judge, and includes actions under color of law that exceed his jurisdiction, abuse his discretion, or are the result of bribery, intimidation, or cronyism. It is rarely prosecuted as professional prosecutors and attorney generals have prosecutorial discretion. It was more often prosecuted when the courts and grand juries were open to private prosecutions. However, failure to prosecute is also obstruction of justice. It would require appointment of a special prosecutor by the executive or legislative branch to prosecute obstruction of justice by a network involving the judiciary and prosecutor or attorney general.

The term **Judicial tyranny** is also political epithet often used to describe the actions of unelected judges whose rulings unlawfully validate or invalidate the policy decisions made by elected officials, unlawfully sustain or overrule enacted statutes or court precedents, or violate a constitution. Some political rhetoric imprecisely uses the phrase synonymously with judicial activism, but the terms have had different meaning. In debates today, howeever, their meanings are often conflated, especially in conservative circles. The phrase is generally traced back to a comment in a letter by Thomas Jefferson, referring to the "despotism" of Federalist federal judges (in particular, John Marshall) who continued to hold office as their political party was fading away.

Judicial tyranny, as used today in conservative circles, represents a form of judicial interpretation which results in case law which does not follow precedent or which exceeds the scope of established law, and can be contrasted with judicial restraint. The extent to which the decisions of judges are sometimes characterised as "tyrannical" has lead to ongoing controversy over the appropriate role and function of the judiciary, notably in the United States, Australia and Canada.

Conservative opponents of judicial tyranny contend that the judiciary must not create new law when resolving disputes or interpreting the law. They argue that the law-making role is strictly the preserve of the legislature, and that when judges venture into this role, they make rulings on the basis of personal convictions or some other inappropriate ground.

Many liberal activists do not agree that judicial tyranny, as the term is used by conservatives, exists today, but may regard other practices of judges as judicial tyranny. Those of a more liberal bent argue that the role of the judiciary under the doctrine of the separation of powers will sometimes necessarily result in decisions which go beyond established law, and that this serves as a useful and desirable safeguard against majoritarianism. They also question the opprobrium associated with the term, seeing it as an example of loaded language which contains the unstated and uncritical assumption that the judiciary must never create new law when interpreting it.

Libertarian critics who use the term generally focus on decisions that sustain what they consider usurped powers of government, and applaud decisions that sustain rights of individuals against the actions of officials. Their usage is similar to that of constitutionalist or originalist critics who find judges deviating from compliance with a state or federal constitution as originally understood, based on historical evidence.

There are also critics, not identified with any political persuasion, who use the term in clc

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 855

IN RE STEPHAN PAUL WALLACE,

Petitioner.

ON PETITION FOR WRIT OF MANDAMUS

Before NEWMAN, Circuit Judge.

### O R D E R

Stephan Paul Wallace petitions for a writ of mandamus. We consider whether Wallace's petition should be construed as a notice of appeal. Wallace also moves for leave to proceed in forma pauperis.

Wallace filed a complaint in the United States Court of Federal Claims, alleging, among other things, that his bankruptcy proceeding amounted to an unlawful taking of his property. The Court of Federal Claims dismissed Wallace's complaint on the grounds that it lacked jurisdiction to review a determination of another federal court. This petition for writ of mandamus followed.

Although Wallace's petition is clearly intended as a request for relief in the form of a writ of mandamus, the court has broad discretion to consider whether such filing constitutes a notice of appeal. See Smith v. Barry, 502 U.S. 244, 248 (1992) (holding that courts should look at the notice afforded by a document rather than a litigant's motivation in filing to determine whether a document constitutes a notice of appeal).

In order to appeal a judgment of the Court of Federal Claims, the party seeking appeal must file notice that sets forth (1) the name of each party to the proceeding, (2) the judgment, order, or part, thereof being appealed, and (3) the name of the court to

which the appeal is taken. Rule 3(c) of the Rules of Appellate Procedure (FRAP); see also Rule 58.1 of the United States Court of Federal Claims (incorporating requirements of Rule 3(c) of FRAP). Wallace's petition clearly meets these requirements. In addition, Wallace's petition was timely if treated as a notice of appeal. See Rule 4(a)(1)(B) of FRAP.

Because we conclude that the petition should be construed as a timely notice of appeal, mandamus relief is not appropriate. See Mallard v. U.S. Dist. Court for the Southern Dist. of Iowa, 490 U.S. 296, 309 (1989) (holding that a party seeking a writ bears the burden of proving that it has no other means of attaining the relief, such as by appeal); Bankers Life & Casualty Co. v. Holland, 346 U.S. 379, 383 (1953) (stating "whatever may be done without the writ may not be done with it.").

Accordingly,

IT IS ORDERED THAT:

(1)    The petition for a writ of mandamus is to be treated as a notice of appeal. The clerk is directed to docket the case as an appeal.

(2)    Wallace's brief is due within 21 days from filing of this order (form enclosed).

(3)    Wallace's motion for leave to proceed in forma pauperis is granted.

JUN 1 5 2007
_____
Date

_____
Pauline Newman
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 5 2007

JAN HORBALY
CLERK

cc:    Stephan Paul Wallace (informal brief form enclosed)
       Marla T. Conneely, Esq.
S19

Misc. 855

- 2 -

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
**IndependentJustice@outlook.com**

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated  vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].

✓   Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice".   Thank you.

Sincerely,

*Stephen Wallace*

## United States Senate

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

December 12, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding the inquiry filed on your behalf.

I contacted a liaison with the U.S. Department of Justice and forwarded a copy of your additional correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089
www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

_____

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,


Office of the Inspector General
Investigations Division

**UNITED STATES DISTRICT COURT**

**FOR SOUTHERN DISTRICT OF OHIO**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAR 24 AM 11: 32

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**OHIO, et al., Plaintiffs**

**vs.**

**Case #: 1:21-cv-00181-DRC**

**YELLEN, et al. Defendants**

## EMERGENCY MOTIONS TO INTERVENE; FOR ISSUANCE OF A PROTECTIVE ORDER WITH WITNESS PROTECTION; & FOR TEMPORARY INJUNCTION, SUA SPONTE

1 That Intervenor appears as **"USA, ex rel; Stephen P. Wallace, Private Attorney General & Relator, and All US Taxpayers similarly situated"**; that Intervenor previously Filed, and [USA, ex rel;] **Granted** via [E-File] in Seattle [WD WA] USDC in (***Case #: 16-cv-01371***), for alleged **"Misappropriation of US Taxpayer Funds"**, of the **"2009 RECOVERY ACT, et al."**, @ *[$1Trillion] INFRASTRUCTURE FUNDS FOR SHOVEL-READY JOBS*"; (see COMPLAINT with Exhibits, & Process served upon Defendants, on PACER), thus Verifying **"*YELLEN, et al., DEFENDANTS*"**, shall be Subject to FORENSIC AUDITS, by [***BDO USA LLC***] of where the [**1st $1Trillion**] from the so called "***2009 RECOVERY ACT***", has been Misappropriated, considering the recent [**$1.9 Trillion**] has met the same FATE, and yesterday's sham [**$3 Trillion**] PENDING, would bring **"USA, ex rel; and all similarly situated"** into "***Voluntary Bankruptcy, Under Color of Law***"; (see Chronology enclosed)

2 That Intervenor renewed the alleged "*Federal Actors' Charges*" AGAIN in DC USDC [***Case #: 1:19-cv-02168***], for "***Breach of DUTY to Account***", after Judicial Notice & Actual Knowledge, and **Again** was Subverted Filing the USSC WRIT of MANDEMUS, for the [3rd TIME] by the USSC deputy clerk in collusion with Defendants; (see PACER)

3 That Intervenor alleges the "Same Presidential Régime" are back in Power to perpetrate their [2nd & 3rd Predicate Acts], acting with Impunity and perceived Immunity from Accountability, which "Only this Court has Subject Matter Jurisdiction", to Issue ALL RELIEF noted Above, sua sponte & instanter;

4 That the Allegations have been Clearly stated to AG YOST & IG MEYER, that these Communications have been LEAKED, which Intervenor has been continuously, with Capital Malice & Forethought, been "***Stalked for Abduction & Termination***";

5 That Intervenor Relocated to COLUMBUS last Sunday am, and will take-up his Residency, thus asserting Hon. Douglas Cole has JURISDICTION, In an Abundance of Caution; For Good Cause Shown; In the Interest of Justice; and for NATIONAL SECURITY of our REPUBLIC, to Grant Intervenor the instant ***PROTECTIVE ORDER*** and ***WITNESS PROTECTION***, sua sponte & instanter.

Cc: AG YOST & IG MEYER &

"YELLEN Counsel of RECORD"

Urgently & Respectfully submitted,

*Stephen P. Wallace*

Stephen P. Wallace, INTERVENOR

175 East Town Street #310

Columbus, OH. 43215

(331) 220-9734

**AFFIDAVIT** Cspaulwallace@yahoo.com

BRADLEY R. SMITH
Notary Public, State of Ohio
My Comm. Expires 04/28/2024
Recorded in Franklin County

I swear/affirm the aforementioned is true under penalty of perjury

*Stephen P. Wallace*

State of ___OHIO___

County of ___FRANKLIN___

Stephen P. Wallace appeared this 23rd day of March, 2021, and signed this Affidavit

___BCMWrm___ 03/23/21
BRADLEY R SMITH
Notary Public

Case: 1:21-cv-00181-DRC Doc #: 7 Filed: 03/24/21 Page: 3 of 15 PAGEID #: 61
Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 45 of 77 PAGEID #: 1063

(45 of 77)

Filed: 07/16/2021    Page: 44

Case: 21-3646    Document: 1-2

Private attorney general - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Private_attorney_general

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[*citation needed*]

Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[*citation needed*] To date, there are over 60 federal statutes[*citation needed*] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.



Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode /42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

1 of 2

8/20/2013 11:08 AM

# Pro Se Law

**HAINES v. KERNER, ET AL.** 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Whatever may be the limits on the scope of inquiry of courts into the internal administration of prisons, allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957). See *Dioguardi v. Durning,* 139 F.2d 774 (CA2 1944).

**ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE** 29 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251. We now consider whether respondent's complaint states a cognizable 1983 claim. The handwritten pro se document is to be liberally construed. As the Court unanimously held in *Haines v. Kerner,* 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957).

**WILLIAM MCNEIL, PETITIONER v. UNITED STATES** 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468. Moreover, given the clarity of the statutory text, it is certainly not a "trap for the unwary." It is no doubt true that there are cases in which a litigant proceeding without counsel may make a fatal procedural error, but the risk that a lawyer will be unable to understand the exhaustion requirement is virtually nonexistent. Our rules of procedure are based on the assumption that litigation is normally conducted by lawyers. While we have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed, see *Haines v. Kerner,* 404 U.S. 519 (1972); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976), and have held that some procedural rules must give way because of the unique circumstance of incarceration, see *Houston v. Lack,* 487 U.S. 266 (1988) (pro se prisoner's notice of appeal deemed filed at time of delivery to prison authorities), we have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, "in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." *Mohasco Corp. v. Silver,* 447 U.S. 807, 826 (1980).

**BALDWIN COUNTY WELCOME CENTER v. BROWN** 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice." We frequently have stated that pro se pleadings are to be given a liberal construction.

**HUGHES v. ROWE ET AL.** 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346. Petitioner's complaint, like most prisoner complaints filed in the Northern District of Illinois, was not prepared by counsel. It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner,* 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson,* 627 F.2d 83, 86 (CA7 1980); *French v. Heyne,* 547 F.2d 994, 996 (CA7 1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines,* supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto,* 405 U.S. 319, 322 (1972).

**Stephen P. Wallace**
**455 N. Lake Street**
**Aurora, Illinois 60506**
**(630) 995-1195**
VACATE-SPW-BK@outlook.com

**August 29, 2013**

[U.S. TRUSTEE PROGRAM  c/o  USTP.Bankruptcy.Fraud@usdoj.gov]

**Manish Shah**
**Criminal Chief-US Attorney's Office**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

FORMAL FILING OF CRIMINAL CHARGES ON BANKRUPTCY TRUSTEE PATRICK J. MALLOY III;
THE PREDICATE INTERLOPER COUNSEL ACTORS IN COLLUSION, AND THEIR MULTIPLE CONSPIRAC
ATTEMPTS TO COMMIT MURDER OF STEPHEN P. WALLACE TO COVER-UP THEIR CRIMINAL
SANITIZING OF US BANKRUPTCY RECORDS, US TAX EVASION & CONVERSION OF DEBTOR
WALLACE'S $30 MILLION+ ESTATE, UNDER COLOR OF LAW VIOLATING [TITLE 18, USC; SECTIONS
241 & 242 COMPELLING SPECIAL GRAND JURY UNDER [TITLE 18, USC; SECTION 3332(a)

Comes now Stephen P. Wallace, VICTIM, who files these Criminal Charges, under penalty of
perjury, individually, and as a [PRIVATE ATTORNEY GENERL, ex rel; United States of
America],(enclosed) with the Bankruptcy Fraud Unit of the US Trustee Program & Criminal Section
Chief of the Northern District of Illinois,

1: That Investigate & Confirm the "irrefutable Evidence herein" and the [[4 PDF] Files to follow as a
Supplement to the ['*Operation Truth or Consequences*"] (enclosed);

2: That the Named Predicate/Predator Actors continue today to conspire to "evade US Taxes as
they 'criminally liquidate' Stephen's Estate and Defy their "mandated Accounting" of Exhibit "A"
demanded in the A): October 10, 2001 (Docket Entry #35) & October 15, 2001 (Docket Entry #45),
now unavailable on PACER in USBK for the Western District of Oklahoma in [Case#:01-19481];
B): the December 7, 2001, AFFIDAVIT of David Payne aka DR Payne & Associates; C): the dated
December 8, 2003 CONTRACT with Dana F. Cole & Co.,(enclosed); D): the October 6, 2005 Dana F.
Cole & Co., Demand for Transmission (enclosed in PDF).

3 That the Tulsa County Sheriff Deputy attempted to abduct & murder Wallace on August 2, 2013,
to cover-up Sheriff Glanz Municipal Embezzlement & Attempted Murder of Wallace previously in
land @ the EDWARD Hospital, Naperville, by an Injection by their Agent while Wallace recovered
from Hip Surgery, thwarted by a [CODE BLUE] Resuscitation of Record c/o Dr. William Sterba;

4 That Actors Trust Company of Oklahoma & Ronald Saffa, "interloper/usurper trustees",
committed "Fraud on the Court" in their Pleadings in this USDC [Case#:08-cv-5647], by Wallace's
sister, Mary Roma (Wallace) Jage, w[5 year Criminal Statute of Limitation] *will expire in October,*
*2013.* Victim & Private Attorney General request the convening of a Special Grand Jury in AN
ABUNDANCE OF CAUTION & FOR GOOD CAUSE SHOWN.

*Stephen P Wallace*

Case: 2:13-cv-00081-... Filed: 07/16/2021 Page 43 of...

# Auto-reply: USTP Receipt - DO NOT REPLY

From: **USTP Bankruptcy Fraud** (USTP.Bankruptcy.Fraud@usdoj.gov)
Sent: Thu 8/29/13 11:30 AM
To: SP Wallace (vacate-spw-bk@outlook.com)

The United States Trustee Program ("USTP") has received your report of suspected bankruptcy fraud, and will review your submission.
All appropriate matters will be forwarded to the proper law enforcement authorities.

    **Please be advised that it is U.S. Department of Justice policy that criminal investigations may not be disclosed. Therefore, the USTP will neither confirm nor deny whether a matter may have been referred or whether it may or may not be under investigation. This means that you will only be contacted if it is necessary to obtain further information; otherwise, the USTP will not respond to your hotline submission.**

10/14/2014 11:17...

Case: 21-3646  Document: 1-2  Filed: 07/16/2021  Page: 48

Close

# w: us trustee program:operation truth or consequence

From: **SP Wallace** (vacate-spw-bk@outlook.com)
Sent: Fri 8/30/13 1:28 PM
To:   Chicago@ic.fbi.gov (chicago@ic.fbi.gov)
Cc:   USTP.Bankruptcy.Fraud@usdoj.gov (ustp.bankruptcy.fraud@usdoj.gov)
    1 attachment
    image.pdf (155.0 KB)

Manish Shah, Criminal Chief of the US Attorney's Office in Chicago referred me to the FBI, et al.

I have multiple [PDF's] as Irrefutable Evidence that I respectfully request an email address to forward them to as I am almost destitute from Predicate Actors' criminal conversion & current "stalking of my Person" for abduction & murder in Aurora.  Respectfully submitted,   Stephen Wallace

> To: ustp.bankruptcy.fraud@usdoj.gov
> From: simplscan@aurora.lib.il.us
> Subject: us trustee program:operation truth or consequence
> Date: Thu, 29 Aug 2013 19:31:25 +0000
> CC: vacate-spw-bk@outlook.com
>
> Hello,
> The attachment is the image(s) scanned by SimpleScan Station Aurora Public Library
> Thank you.
> http://www.aurorapubliclibrary.org
>
> inadvertently omitted signature on 1st of 5 pdf's

Case: 1:21-cv-00181-DRC Doc #: 7 Filed: 03/24/21 Page: 9 of 15 PAGEID #: 66
Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 50 of 77 PAGEID #: 1068
Outlook.com Print Message

Close

# ~~AL~~ BANKRUPTCY TRUSTEE CRIMINAL CHARGES ~~CONSPIRACY~~ TO COMMIT MURDER

From: **SP Wallace** (vacate-spw-bk@outlook.com)
Sent: Wed 9/11/13 10:58 AM
To:   chicago@ic.fbi.gov (chicago@ic.fbi.gov)
Cc:   USTP.Bankruptcy.Fraud@usdoj.gov (ustp.bankruptcy.fraud@usdoj.gov)
Bcc:  epgraham@graham-law.com (epgraham@graham-law.com); dcvisiontech@hotmail.com
      (dcvisiontech@hotmail.com)

     6 attachments

     image A.pdf (155.0 KB) , image B.pdf (880.9 KB) , image C.pdf (550.7 KB) , image D.pdf
     (603.5 KB) , image E.pdf (733.6 KB) , image F.pdf (803.7 KB)

Attn: INTAKE UNIT @ FBI :

Per directive yesterday and previous directive of Criminal Chief, Manish Shah, please find enclosures of Formal
Criminal Complaint.

Confirmation of Lead Predicate/Predator Actor, Ronald J. Saffa, committing Fraud on the Court in USDC for
Northern Illinois [Case #:08-cv-5647] for Fraudulent Trustee Representations; Forged Deeds; Financial Fraud
& Identity Theft, but also in Illinois State Court divulged in attorney, Forrest Lammiman's Representation
Declination Letter [PDF] to follow.

**Note: Please preserve the (5 year) Criminal Statute of Limitations due to expire in October, 2013,
from the Date [Case #: 08-cv-5647] was Dismissed.**

God Bless America on this September, 11, 2013.         Sincerely,    Stephen Wallace, Victim & Private
Attorney General

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2018
RECIPIENT ADDRESS     12025144001
DESTINATION ID
ST. TIME              10/03 12:24
TIME USE              01'42
PAGES SENT            9
RESULT               OK
```

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
**USDOJ INSPECTOR GENERAL**
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

## FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

October 7, 2014

Stephen P. Wallace
1116 Sheffer Rd, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence of September 24, 2014. The matters that you raised are more appropriate for review by another office or Agency.  Therefore, your complaint has been forwarded to:

United States Department of Justice
Office of Professional Responsibility
950 Pennsylvania Avenue, NW, Rm 3266
Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

PRIVACY ACT PROTECTED INFORMATION
TO BE OPENED BY ADDRESSEE ONLY



Stephen P. Wallace
1116 Sheffer Rd, Apt. F
Aurora,



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

---

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

Page: 52    Filed: 07/16/2021    Document: 1-2    Case: 21-3646

November 17, 2014

Stephen P. Wallace
1116 Sheffer Road, #F
Aurora, IL  60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated
October 23, 2014.  The matters that you raised are more appropriate for review by
another office or Agency.  Therefore, your complaint has been forwarded to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC  20530

The Office of the Inspector General considers this matter closed.  Any further
correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,


Office of the Inspector General
Investigations Division



Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 53



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr Wallace·

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division

Case: 1:21-cv-00181-DRC Doc #: 7 Filed: 03/24/21 Page: 13 of 15 PAGEID #: 70
Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 55 of 77 PAGEID #: 1073

(55 of 77)

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 54



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 21, 2017

Stephen Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 2, 2017. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

Administrative Office of the United States Courts
1 Columbus Circle NE
Washington, DC 20002

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter, unless you submit new information that involves allegations or issues regarding DOJ employees, contractors, programs or operations.

Thank you for giving us the opportunity to review your concerns.

# FindLaw® FOR LEGAL PROFESSIONALS

## 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law

### Search 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law

- Search by Keyword or Citation

Search

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[Notes]

| « Prev | Up | Next » |
|--------|-----|--------|
| Conspiracy against rights | Civil rights | Exclusion of jurors on account of race or color |

Copyright © 2013 FindLaw, a Thomson Reuters business. All rights reserved.

Case: 1:21-cv-00181-DRC Doc #: 7 Filed: 03/24/21 Page: 15 of 15 PAGEID #: 73
Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 37 of 77 PAGEID #: 1075
(57 of 77)
Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 56

**Stephen P. Wallace**
**1116 Sheffer Road Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
<spaul.wallace@gmail.com>

**_Georgetown University_**, Language & Linguistics-**_1979_**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**_Thunderbird Global_**, Glendale, AZ.-**_1974_**; Masters of International Management & Finance.

**_Southern Methodist University_**, Dallas, TX.-**_1973_**; _Masters of Business Administration/Finance_.

**_Loyola University_**, Chicago, IL.-**_1971_**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

................................................................

**_INDEPENDENT U.S. SENATE Candidate_** (OK); **_2008 & 2010_**; vs. James Inhofe & Tom Coburn.

**_Independent Justice Institute, LLC_**, Washington DC-**_1997 to Present;_** Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean]; then as a for-profit Litigation Management Company (LMO), for **_Global Collection Services_**.

**_River Oaks Development Corporation_**, Tulsa, OK. -**_1990 to 2000;_** Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**_Burnham Park Plaza ReHab_**, Chicago-**_1985;_** Procured over **_$15 million Re-Development_** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**_Wallace Investments_**, Tulsa, OK. -**_1984 to 2000_**; **Realty/Oil & Gas Development** of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**_World Trade Services, Inc.,_** Tulsa & Houston.-**_1976 to 1979_**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **_Caterpillar International_** as main Client.

**_Parker Drilling Company_**, Tulsa & Houston. - **_1974 to 1976_**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.

CM/ECF LIVE - U.S. District Court:OHSD      https://ecf.ohsd.uscourts.gov/cgi-bin/DktRpt.pl?251885630255

**Query**    Reports    **U**tilities    Help    Log Out

## U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00181-DRC

State Of Ohio v. Secretary, Department of Treasury, et al
Assigned to: Judge Douglas R. Cole
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 03/17/2021
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State Of Ohio**

represented by **Benjamin Michael Flowers**
Ohio Attorney General's Office
30 E. Broad St.
Columbus, OH 43215
614-728-7511
Email:
benjamin.flowers@ohioattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sylvia May Davis**
Ohio Attorney General
615 W Superior Ave
11th Floor
Cleveland, OH 44113
614-282-3594
Fax: 855-579-2029
Email:
may.davis@OhioAttorneyGeneral.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Secretary, Department of Treasury**

**Defendant**

**Acting Inspector General,
Department of Treasury**

**Defendant**

CM/ECF LIVE - U.S. District Court:OHSD                    https://ecf.ohsd.uscourts.gov/cgi-bin/DktRpt.pl?2518856302554

**United States Department of Treasury**

**Movant**

**Stephen P. Wallace**



represented by **Stephen P. Wallace**
175 East Town Street
#310
Columbus, OH 43215
331-220-9734
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 paid - receipt number: AOHSDC-8222305), filed by State Of Ohio. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Form Janet Yellen, # 3 Summons Form Richard K. Delmar, # 4 Summons Form U.S. Dept. of the Treasury) (Flowers, Benjamin) (Entered: 03/17/2021) |
| 03/17/2021 | 2 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $200 paid, receipt number Waived) of Sylvia May Davis by Plaintiff State Of Ohio. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Flowers, Benjamin) (Entered: 03/17/2021) |
| 03/17/2021 | 3 | MOTION for Preliminary Injunction by Plaintiff State Of Ohio. (Flowers, Benjamin) (Entered: 03/17/2021) |
| 03/18/2021 | | If this case is referred, it will be to Magistrate Judge Stephanie K. Bowman. (kh) (Entered: 03/18/2021) |
| 03/18/2021 | 4 | Summons Issued as to Acting Inspector General, Department of Treasury; Secretary, Department of Treasury; United States Department of Treasury; U.S. Attorney and U.S. Attorney General. (kh) Modified docket text on 3/18/2021 (kh). (Entered: 03/18/2021) |
| 03/18/2021 | 5 | Summons Issued as to Civil Process Clerk (U.S. Attorney). (kh) (Entered: 03/18/2021) |
| 03/19/2021 | 6 | CERTIFICATE of Mailing by Clerk: A copy of the complaint and issued summons were sent to the named Defendants via certified mail. (er) (Entered: 03/19/2021) |
| 03/19/2021 | | NOTATION ORDER granting 2 Motion for Leave to Appear Pro Hac Vice of Sylvia May Davis as Co-Counsel. Co-Counsel is directed to register for e-filing through PACER unless they have done so previously. Signed by Judge Douglas R. Cole on 3/19/2021. (eh) (Entered: 03/19/2021) |
| 03/24/2021 | 7 | EMERGENCY MOTIONS to Intervene; for Issuance of a Protective Order with Witness Protection; & For Temporary Injunction, Sua Sponte by Movant Stephen P. Wallace. (er) Modified docket text on 3/25/2021 (sct). (Entered: 03/24/2021) |
| 03/24/2021 | 8 | SUMMONS Returned Executed as to Defendant United States Department of Treasury (US Attorney). (bjc) (Entered: 03/25/2021) |

CM/ECF LIVE - U.S. District Court:OHSD

https://ecf.ohsd.uscourts.gov/cgi-bin/DktRpt.pl?251885630255...

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/25/2021 11:11:05 | | |
| PACER Login: | ij0075 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:21-cv-00181-DRC |
| Billable Pages: | 2 | Cost: | 0.20 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**STATE OF OHIO,**

     **Plaintiff,**

     **v.**

**SECRETARY, DEPARTMENT OF
TREASURY, et al.**

     **Defendants.**

**Case No. 1:21-cv-181
JUDGE DOUGLAS R. COLE**

### ORDER

This cause comes before the Court on Stephen Wallace's pro se Emergency Motion to Intervene (Doc. 7). As best the Court can tell, Wallace seeks intervenor status (1) to challenge Congress's allegedly wrongful expenditure of federal funds, and (2) to procure a protective order with witness protection. For the reasons set forth below, the Court finds that Wallace has not shown that the Federal Rules of Civil Procedure warrant granting him intervenor status. Thus, the Court **DENIES** Wallace's Motion.

### BACKGROUND

Plaintiff State of Ohio ("Ohio") filed this suit to challenge an allegedly unconstitutional provision, which Ohio labels the "Tax Mandate," in the American Rescue Plan Act of 2021. (Compl., Doc. 1, PageID #2). Under the Tax Mandate, the federal funds provided to Ohio could not be "directly or indirectly" used to offset a "reduction in net tax revenue." (*Id.*). Ohio believes that this condition, tied to $5.5 billion issued to alleviate economic damage caused by the COVID-19 pandemic,

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 62 of 77 PAGEID #: 1080
Case: 1:21-cv-00181-DRC Doc #: 13 Filed: 03/30/21 Page: 2 of 5 PAGEID #: 85

(62 of 77)

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 61

exceeds Congress's Spending Clause authority. That is because the provision's allegedly coercive nature offers Ohio "no real choice" but to accept the money and concomitant tax policy restrictions. (*Id.* at 9). Ohio also alleges that the Tax Mandate violates the Tenth Amendment by flouting the anti-commandeering doctrine. (*Id.* at 10). On March 17, 2021, Ohio moved for a preliminary injunction enjoining enforcement of the Tax Mandate. (*See generally* Pl.'s Mot. for Prelim. Inj., Doc. 25).

On March 24, 2021, Wallace filed the instant Emergency Motion to Intervene. Although somewhat difficult to follow, Wallace's Motion appears to allege misappropriation of taxpayer funds in relation to the American Rescue Plan Act of 2021, and also asserts a potential conspiracy through which Wallace has been "Stalked for Abduction & Termination" by government officials. (Mot. to Intervene, Doc. 7, PageID #59–60). Appealing to "the Interest of Justice" and the "National Security of our Republic," Wallace seeks a protective order and witness protection along with his challenge to federal disbursement of federal funds. (*Id.* at #60–61).

## LAW AND ANALYSIS

Federal Rule of Civil Procedure 24 governs motions to intervene. *Providence Baptist Church v. Hillandale Comm., Ltd.*, 245 F.3d 308, 315 (6th Cir. 2005). That rule recognizes two types of intervention: intervention of right and permissive intervention. As Wallace has not identified which type of intervention he seeks, the Court considers both possibilities in turn.

Let's begin with intervention of right. Under Federal Rule of Civil Procedure 24(a), courts "must permit" intervention of right if either (1) a federal statute gives

2

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 63 of 77 PAGEID #: 1081
Case: 1:21-cv-00181-DRC Doc #: 13 Filed: 03/30/21 Page: 3 of 5 PAGEID #: 86

(63 of 77)

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 62

the movant "an unconditional right to intervene," or (2) the movant "claims an interest relating to the property or transaction that is the subjection of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." In other words, courts must grant intervenor status to anyone who satisfies either element of Rule 24(a). But Wallace stumbles along both paths to intervention of right. As to the federal statute issue, Wallace cites no federal statute giving him a right to intervene in this matter and, to the Court's knowledge, no statute would do so. So that means Wallace must identify an interest in "the property or transaction that is the subject" of Ohio's lawsuit, or else he cannot secure intervention of right.

Here, the only interest Wallace conceivably alleges that relates to the subject of Ohio's lawsuit, i.e., the constitutionality of the Tax Mandate, is his generalized interest as a citizen and taxpayer in Congress's proper disbursement of government funds. But that is a nonstarter given the taxpayer standing doctrine. "As a general matter, the interest of a federal taxpayer in seeing that Treasury funds are spent in accordance with the Constitution does not give rise to the kind of redressable 'personal injury' required for Article III standing." *Hein v. Freedom From Religion Found., Inc.*, 551 U.S. 587, 599 (2007). Here, Wallace fails to assert any interest in Ohio's suit that goes beyond "the interests of the public at large" in ensuring that tax money is spent wisely and lawfully. *Id.* at 601. And that interest does not permit him entry into Ohio's lawsuit. *See Ark Encounter, LLC v. Stewart*, 311 F.R.D. 414, 419

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 64 of 77 PAGEID #: 1082
Case: 1:21-cv-00181-DRC Doc #: 13 Filed: 03/30/21 Page: 4 of 5 PAGEID #: 87

(64 of 77)

Case: 21-3646    Document: 1-2    Filed: 07/16/2021    Page: 63

(E.D. Ky. 2015) (reasoning that "any taxpayer's generalized concern about the use of their tax dollars" does not support a would-be intervenor's "substantial legal interest" in a suit). Thus, Wallace has no viable interest in Ohio's lawsuit that supports intervention of right.

That leaves permissive intervention. As the term suggests, the Court *may* employ its discretion to grant intervenor status under Federal Rule of Civil Procedure 24(b), but it is by no means compelled to do so. Rule 24(b) allows courts to grant permissive intervention to a movant who either (1) "is given a conditional right to intervene by a federal statute," or (2) "has a claim or defense that shares with the main action a common question of law or fact." Wallace fails to satisfy either ground for permissive intervention for the same reasons discussed above. First, he cites no federal statute providing a conditional right to intervene. Second, Wallace's only claim that relates to Ohio's suit is his allegation that the American Rescue Plan Act of 2021 has unlawfully appropriated funds. Even if the Court were inclined to exercise its discretion and permit Wallace to intervene, the taxpayer standing doctrine would squarely preclude Wallace from joining Ohio's action based solely on his interest as a federal taxpayer in seeing government money spent in line with the Constitution.

As for his other allegations, Wallace is certainly free to file a separate complaint addressing any alleged "stalking" or other government plots against him. But his concerns in that regard do not raise issues relating to the constitutional challenge that Ohio mounts against the Tax Mandate in this action.[1] Thus such

---

[1] Wallace also filed a Supplement to his Emergency Motion addressing the government's alleged stalking (Doc. 12). That filing ostensibly serves as Wallace's "Last Will & Testament"

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 65 of 77 PAGEID #: 1083
Case: 1:21-cv-00181-DRC Doc #: 13 Filed: 03/30/21 Page: 5 of 5 PAGEID #: 88

(65 of 77)

allegations do not support intervention here. Accordingly, the Court **DENIES** Wallace's Motion (Doc. 7).

      **SO ORDERED.**

March 30, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

should he be executed by government-employed hitmen. (*Id.* at #80). It appears that Wallace wishes to assign any potential "relator recovery" funds to the Knights of Columbus. (*Id.*). As with Wallace's Emergency Motion, the concerns expressed in this Supplement do not touch on Ohio's challenge to the Tax Mandate. Accordingly, any rights Wallace wishes to preserve relating to his stalking claim would be better addressed in a matter separate from Ohio's case.

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 67 of 77 PAGEID #: 1085

Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

From: Stephen Wallace (spaulwallace@yahoo.com)

To: mike.turner@mail.house.gov; jim.jordan@mail.house.gov; alex.igleheart@mail.house.gov; greg.brooks@mail.house.gov; _scheduler@portman.senate.gov

Cc: david@davidbernscpa.com; benjamin.flowers@ohioattorneygeneral.gov; may.davis@ohioattorneygeneral.gov; watchdog@oig.ohio.gov; chair@emailamericafirstpolicy.com; bis@ohiogop.org; tmclaughlin@ohiogop.org; 1031ventures@gmail.com

Date: Wednesday, July 14, 2021, 12:39 PM EDT

**<2nd PDF of 2> OHIO is the "LINE IN THE SAND" ... RSVP**

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>; benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>; may.davis@ohioattorneygeneral.gov <may.davis@ohioattorneygeneral.gov>; watchdog@oig.ohio.gov <watchdog@oig.ohio.gov>
**Cc:** Linda McMahon <chair@emailamericafirstpolicy.com>; bis@ohiogop.org <bis@ohiogop.org>; tmclaughlin@ohiogop.org <tmclaughlin@ohiogop.org>; jim.jordan@mail.house.gov <jim.jordan@mail.house.gov>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Tuesday, July 13, 2021, 02:23:55 PM EDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

**<2nd PDF of 2> AG YOST:**

**RSVP to ALL RECIPIENTS... Ready, Willing & Able to Urgently Engage with your TEAM... Stephen @ (331) 575-2341**

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** matt_lloyd@portman.senate.gov <matt_lloyd@portman.senate.gov>; sarah_fairchild@mcconnell.senate.gov <sarah_fairchild@mcconnell.senate.gov>; jim.jordan@mail.house.gov <jim.jordan@mail.house.gov>; jared.dilley@mail.house.gov <jared.dilley@mail.house.gov>
**Cc:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>; benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>; may.davis@ohioattorneygeneral.gov <may.davis@ohioattorneygeneral.gov>; watchdog@oig.ohio.gov <watchdog@oig.ohio.gov>; senatorschaffer@columbus.rr.com <senatorschaffer@columbus.rr.com>; Toresays Webmaster <webmaster@toresays.com>; Stephen Wallace <spaulwallace@yahoo.com>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Tuesday, April 6, 2021, 11:43:09 AM EDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

<3rd PDF of 3> ALERT !!! Since US Judge COLE allowed me to Intervene in [OHIO v. YELLEN], then Never Ruled on my "Emergency Motions for Protective ORDER & Witness Protection" from the DC KLAN Predators continuing to Stalk me within the FRCP Timeline, WE are able to JOIN in [E-FILING] the WRIT of MANDEMUS @ USSC, sua sponte & instanter, to ENJOIN ANY FURTHER OUTFLOW OF STIMULUS, UNTIL [BDO USA LLC] IS "ORDERED" TO CERTIFY THE "SOURCES & USES OF THE 2009 RECOVERY ACT INFRASTRUCTURE FUNDS", INCLUDING FOR MY PROTECTIVE ORDER & WITNESS PROTECTION, ILLICITLY DEFIED IN MY USSC "APPLICATION [09A510] !!! Stephen Wallace, Private Attorney General & Relator @ (331) 220-9734 & (331) 575-2341

----- Forwarded Message -----

**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** SenatorSchaffer@columbus.rr.com <senatorschaffer@columbus.rr.com>
**Cc:** Stephen Wallace <spaulwallace@yahoo.com>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Monday, April 5, 2021, 10:41:41 AM EDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

Senator Schaffer, please urgently Review as the Governor must Direct AG Yost TEAM, to DRAFT, noting that I, in my Capacities & STANDING noted, have herein JOINED in the [E-FILING] of the WRIT of MANDEMUS, to "ENJOIN BIDEN; the Rogue CONGRESS, et al.], from DISBURSING ANY MORE STIMULUS, UNTIL THE 2009 RECOVERY ACT, FOR SHOVEL-READY JOBS HAS BEEN ACCOUNTED FOR, VIA FORENSIC AUDIT, VIA [BDO USA LLC] !  Please forward your Direct #, so we may Coordinate in this "CRITICAL PATH"....  Steve Wallace

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** jkirk@crain.com <jkirk@crain.com>; mike.schoenbrun@crain.com <mike.schoenbrun@crain.com>
**Cc:** jnobile@crain.com <jnobile@crain.com>; Stephen Wallace <spaulwallace@yahoo.com>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Friday, April 2, 2021, 11:06:53 AM EDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

Gentlemen, Crain's will earn a National Award should we compel your State Officials to "GO TO US SUPREME COURT NOW", via my current & pending Standing, "..and All US Taxpayer's similarly situated" !  plz contact me [24/7] for anything. .. Steve

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** watchdog@oig.ohio.gov <watchdog@oig.ohio.gov>
**Cc:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>;
benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>; Fred Mercer
<1031ventures@gmail.com>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Friday, March 19, 2021, 10:58:26 AM EDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

<2nd of 4> Ohio IG Meyer: Timing is Critical for this WRIT of MANDAMUS to be [E-Filed], with AG Yost securing "Ten's of Billions" for Ohio INFRASTRUCTURE, and with your background in Forensics, you would be Best to "Audit the BDO USA LLC Auditors", for "USA ex rel., and for Ohio's Interests" !  Please confirm Receipt & Coordination with AG Yost, as Timing is Critical... Steve Wallace

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>
**Cc:** Fred Mercer <1031ventures@gmail.com>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Thursday, March 18, 2021, 05:58:41 PM CDT
**Subject:** Fw: Emergency: USSC "WRIT of Mandemus/Prohibition RULING" ?

<2nd PDF of 4> AG Yost : The enclosed documentation was sent to former FBI Asst. Director, Kevin Brock @ his Leesburg's "Newstreet Global Solutions", but "Critical FBI Rapid Response" is now not his Priority as a private businessman !  Will forward #3 next, as we may Change History for the better, SAVE our Nation, and Endow OH., "INFRASTRUCTURE", should we compel USSC to just urgently "DO THEIR JOB, per DUTY & OATH'S of OFFICE" !  Pray for you to LEAD @ USSC @ "USA, ex rel.,..." !  TIMING PAST CRITICAL ... Steve

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** kevin.brock@newstreetgs.com <kevin.brock@newstreetgs.com>
**Cc:** Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Monday, March 8, 2021, 09:59:35 AM CST
**Subject:** Fw: USSC "WRIT of Mandemus/Prohibition RULING" ?

Kevin, per my initial bio sent yesterday pm, and reading your HILL Article, "Integrity New Deal", focusing on remediation of corruption, please review this Chronology to determine if NGS, or a Referral, will timely [E-FILE] this Writ of Mandemus/Prohibition @ USSC with me under RELATOR remunerations ?  USSC to ORDER that "No Funds" are to be Distributed until "BDO USA LLC" has Certified, via Forensic Audits, of the "Sources & Uses" of the noted (3) magnum DISTRIBUTIONS of RECORD in DC USDC [Case #:1:19-cv-02168], on PACER; "USA, ex rel; SPW, Private Attorney General & Realtor, and All US Taxpayer's similarly situated, vs. Mitch McConnell, et al; for "Failure To Account"... compelling USSC's Temporary Injunctive Relief until the "1st TRILLION IS ACCOUNTED FOR" !   Respectfully requesting your Decision, as I will come to Leesburg, with social distance, upon request ... Steve @ (331) 220-9734 in Aurora, IL.   PS  Timing Critical

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** sekulow@aclj.org <sekulow@aclj.org>; etrump@trumporg.com <etrump@trumporg.com>; WhistleblowerProtection@tigta.treas.gov <WhistleblowerProtection@tigta.treas.gov>; kerri.kupec@usdoj.gov <kerri.kupec@usdoj.gov>
**Cc:** pio@supremecourt.gov <pio@supremecourt.gov>
**Sent:** Monday, July 6, 2020, 06:48:41 PM CDT
**Subject:** Fw: USSC "WRIT of Mandemus/Prohibition RULING" ?

Donald Trump, US President; Steven Mnuchin, US Treasury Secretary; William Barr, US Attorney General; & John Roberts, USSC Chief Justice: <NATIONAL SECURITY EMERGENCY> PROPOSITION for USSC En Banc "RULING BEFORE RECESS" !!! *Chronological PDF'S confirm over ($1 Trillion) is "DUE & PAYABLE" to US Treasury AND that previous USSC APPLICATION FOR STAY in CASE:09A510, has been SPOLIATED from the USSC & NATIONAL ARCHIVES !!!  WHEREFOR, IN THE INTEREST OF JUSTICE; IN AN ABUNDANCE of CAUTION & FOR GOOD CAUSE SHOWN, WRIT PETITIONER'S hereby "DEMAND A RULING BEFORE RECESS" !!!  STEPHEN P. WALLACE, PAG & RELATOR

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** pio@supremecourt.gov <pio@supremecourt.gov>; karberg@supremecourt.gov <karberg@supremecourt.gov>; afrank@supremecourt.gov <afrank@supremecourt.gov>; SupremeCtBriefs@usdoj.gov <supremectbriefs@usdoj.gov>
**Cc:** david_stokes@kennedy.senate.gov <david_stokes@kennedy.senate.gov>; matthew_hawes@paul.senate.gov <matthew_hawes@paul.senate.gov>; sekulow@aclj.org <sekulow@aclj.org>; jennifer_heins@grassley.senate.gov <jennifer_heins@grassley.senate.gov>; etrump@trumporg.com <etrump@trumporg.com>; kerri.kupec@usdoj.gov <kerri.kupec@usdoj.gov>; john.durham@usdoj.gov <john.durham@usdoj.gov>; michael.e.horowitz@usdoj.gov <michael.e.horowitz@usdoj.gov>; IndependentJustice@outlook.com <independentjustice@outlook.com>; spaulwallace@yahoo.com <spaulwallace@yahoo.com>
**Sent:** Thursday, July 2, 2020, 9:11:07 AM CDT
**Subject:** USSC "WRIT of Mandemus/Prohibition RULING" ?

US Supreme Court AGENTS:  Please URGENTLY Forward the USSC's En Banc RULING of the attached WRIT to Petitioner's & All Interested Parties whom were NOTICED @ FILING... Time is of the essence !  Thank you.  Stephen Wallace, PAG & Relator

_____

**From:** Stephen Wallace <spaul.wallace@gmail.com>
**Sent:** Tuesday, June 30, 2020 12:15 AM
**To:** david_stokes@kennedy.senate.gov <david_stokes@kennedy.senate.gov>; aaron_stokes@kennedy.senate.gov <aaron_stokes@kennedy.senate.gov>
**Cc:** john_steitz@kennedy.senate.gov <john_steitz@kennedy.senate.gov>; jess_andrews@kennedy.senate.gov <jess_andrews@kennedy.senate.gov>; IndependentJustice@outlook.com <IndependentJustice@outlook.com>
**Subject:** USSC "Inauthentic" on FOX Interview @ (06/29/2020)

SENATOR KENNEDY via Staff: <1st PDF of 4>  Tomorrow "We the People" expect a RULING on the "FALSE CLAIM'S & TYRANNY" confirmed in the Extraordinary WRIT of Mandemus/Prohibition detailed with 'specificity & particularly' !

---------- Forwarded message ---------
From: Stephen Wallace <spaul.wallace@gmail.com>
Date: Wed, Jun 24, 2020, 1:57 PM
Subject: Fwd: scan
To: <SupremeCtBriefs@usdoj.gov>, <pio@supremecourt.gov>, <karberg@supremecourt.gov>, <afrank@supremecourt.gov>
Cc: <sekulow@aclj.org>, <jsekulow@aclj.org>, <etrump@trumporg.com>, <jennifer_heins@grassley.senate.gov>, <hannah_wardell@mcconnell.senate.gov>, <Alice_James@lgraham.senate.gov>, <AyersJ@gao.gov>, <doug@collinsleads.com>, <matt_gaetz@mail.house.gov>, <matthew_hawes@paul.senate.gov>, <kate_cannon@lee.senate.gov>, <scheduling@rubio.senate.gov>, <TeamTrump757@outlook.com>, <IndependentJustice@outlook.com>

# [1st PDF of 3], for ORDER to "REVERSE & RENDER"... "BEFORE RECESS" !!!
# Stephen P. Wallace, Private Attorney General & RELATOR

---------- Forwarded message ---------
From: **The UPS Store #3561** <store3561@theupsstore.com>
Date: Wed, Jun 24, 2020 at 1:44 PM
Subject: scan
To: spaul.wallace@gmail.com <spaul.wallace@gmail.com>
Cc: spaulwallace@yahoo.com <spaulwallace@yahoo.com>


supreme.pdf
17.1MB

Fw: Scanned from a Xerox Multifunction Printer

From:  Stephen Wallace (spaulwallace@yahoo.com)

To:  jim.jordan@mail.house.gov

Cc:  mike.turner@mail.house.gov; greg.brooks@mail.house.gov; 1031ventures@gmail.com

Date:  Wednesday, July 14, 2021, 1:42 PM EDT

# ***Rep. Jim Jordan, will you now reinforce your "Presidential MEDAL OF FREEDOM", and ENGAGE NOW ?

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** brad.wenstrup@mail.house.gov <brad.wenstrup@mail.house.gov>; mike.turner@mail.house.gov
<mike.turner@mail.house.gov>; matt_lloyd@portman.senate.gov <matt_lloyd@portman.senate.gov>;
_scheduler@portman.senate.gov <_scheduler@portman.senate.gov>
**Cc:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>;
benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>;
may.davis@ohioattorneygeneral.gov <may.davis@ohioattorneygeneral.gov>; watchdog@oig.ohio.gov
<watchdog@oig.ohio.gov>; Linda McMahon <chair@emailamericafirstpolicy.com>; bis@ohiogop.org
<bis@ohiogop.org>; tmclaughlin@ohiogop.org <tmclaughlin@ohiogop.org>; Fred Mercer
<1031ventures@gmail.com>
**Sent:** Wednesday, July 14, 2021, 11:34:53 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

**<1st PDF of 2>  GOP PATRIOT'S:  Chuck Schumer just announced
"RECONCILLIATION shall commence on FRIDAY" !
AG YOST is our powerful Advocate with the "only Standing to FILE this WRIT", after
Judicial Notice & Actual Knowledge of alleged Misappropriation of Past
INFRASTRUCTURE FUNDS shall be ACCOUNTED FOR under your Watch.   No Party
will be prejudiced under the Prudent Rule...
<Timing Past CRITICAL>
Stephen Wallace**

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>;
benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>;
may.davis@ohioattorneygeneral.gov <may.davis@ohioattorneygeneral.gov>; watchdog@oig.ohio.gov
<watchdog@oig.ohio.gov>
**Cc:** Linda McMahon <chair@emailamericafirstpolicy.com>; bis@ohiogop.org <bis@ohiogop.org>;
tmclaughlin@ohiogop.org <tmclaughlin@ohiogop.org>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Tuesday, July 13, 2021, 02:01:33 PM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

**AG YOST: <Urgent Action Required>**

**<1st PDF of 2> Since I last communicated with your TEAM, enclosed is my continued
relentless quest to now Join Arizona, Pennsylvania & Georgia in securing Forensic
Audits described herein, which would also earn OHIO a "Preferred Priority**

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 73 of 77 PAGEID #: 1091

Distribution" of the Clawed-Back Funds certified in the Forensic Audits.

Only your Office has the STANDING, per Duty & Oaths of Office, to Intervene, sua sponte & instanter, "*before certain RECONCILLATION & STACKING the US SUPREME COURT",* to FILE the WRIT of Mandemus to seek a "Temporary STAY" of the INFRASTRUCTURE [BILL], pending "BDO USA LLC's Forensic Audit of the 2009 RECOVERY ACT Infrastructure [BILL] for SHOVEL-READY JOBS" ?

I hereby agree to grant you my Limited Power of Attorney to Join me, per my Standing in Ohio DENIAL to INTERVENE, after Granting, to the Court of Appeals for the Sixth Circuit, under "NATIONAL SECURITY from the VOLUNTARY US BANKRUPTCY AGENDA being perpetrated, "under color of Law". The underlying DC Case has been DENIED A WRIT of MMANDEMUS be Filed @ US Supreme Court [3 times] by the Deputy Clerk of RECORD.

Said VERIFICATION of DENIALS will be sent as <2nd PDF of 2> next.  Please reply to all Recipient's your timely CRITICAL DECISION.   Stephen Wallace, Co-Petitioner with OHIO

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** Linda McMahon <chair@emailamericafirstpolicy.com>
**Cc:** bis@ohiogop.org <bis@ohiogop.org>; tmclaughlin@ohiogop.org <tmclaughlin@ohiogop.org>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Monday, July 12, 2021, 11:38:08 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

SENT TWICE TO CONFIRM RECEIPT !

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** Linda McMahon <chair@emailamericafirstpolicy.com>
**Cc:** bis@ohiogop.org <bis@ohiogop.org>; tmclaughlin@ohiogop.org <tmclaughlin@ohiogop.org>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Monday, July 12, 2021, 11:35:14 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

**LINDA McMAHON, Chair @ America First Policy Institute  <URGENT>**

Since the President formally announced his "Lead PLAINTIFF Class Action vs. Facebook; Twitter & Google last week, will he Now JOIN "*USA, ex rel; Ohio GOP & PAG/Relator, and all Ohio Taxpayers similarly situated", in Filing the WRIT of MANDEMUS to the US Court of Appeals for the Sixth Circuit ?*
*OHIO GOP Chairman,* BOB PADUCHIK, has been the most loyal Advocate for the President, and has earned to Join us in "Drawing This LINE IN THE SAND" !
"ALL SEDITION WILL THEN GO ON HOLD"...  RSVP... Respectfully submitted, Stephen

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** Bis@OhioGOP.org <bis@ohiogop.org>; TMcLaughlin@OhioGOP.org <tmclaughlin@ohiogop.org>

**Cc:** Fred Mercer <1031ventures@gmail.com>
**Sent:** Saturday, July 10, 2021, 03:31:03 PM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

**Ohio GOP Chairman Bob  c/o Justin & Tricia: <URGENT>**

**Bob, relentlessly pursued counsel to take the underlying DC CASE cited herein to the US Supreme Court for a WRIT of Mandemus, "BEFORE RECESS", but unsuccessful !**

**However, will the OHIO GOP Join *"USA, ex rel., Ohio GOP & Stephen Wallace, Private Attorney General/Relator, and all Ohio Taxpayers similarly situated",* in Filing the WRIT of MANDEMUS to the US Court of Appeals for the Sixth Circuit in Cincinnati, "under National Security", for a Temporary Stay of the INFRASTRUCTURE [BILL] coming via RECONCILLIATION, with Circuit ORDER that "BDO USA LLC" complete the Forensic Audit of the alleged Misappropriations of the "2009 RECOVERY ACT" $900 Billion for "SHOVEL-READY INFRASTRUCTURE JOBS" !!!**

**Ohio GOP Counsel should [E-FILE] the WRIT from my INTERVENTION being DENIED, after Granting ?  I give you the Limited Power of Attorney to Join me in the Capacities of RECORD !**

**Respectfully submitted,  Stephen Wallace, relocated to Wellington, FL., after leaving Columbus @ (331) 575-2341 cell/text**

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** matt_lloyd@portman.senate.gov <matt_lloyd@portman.senate.gov>; jim.jordan@mail.house.gov <jim.jordan@mail.house.gov>; jared.dilley@mail.house.gov <jared.dilley@mail.house.gov>; sarah_fairchild@mcconnell.senate.gov <sarah_fairchild@mcconnell.senate.gov>
**Cc:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>; benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>; may.davis@ohioattorneygeneral.gov <may.davis@ohioattorneygeneral.gov>; watchdog@oig.ohio.gov <watchdog@oig.ohio.gov>; senatorschaffer@columbus.rr.com <senatorschaffer@columbus.rr.com>; webmaster@toresays.com <webmaster@toresays.com>; Stephen Wallace <spaulwallace@yahoo.com>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Tuesday, April 6, 2021, 11:20:16 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

<2nd PDF of 3>  ALERT !!!   Attorney General YOST's brilliant TEAM shall "DRAFT & E-FILE", after Judicial Notice & Actual Knowledge that ONLY by immediately using [OHIO v. YELLEN], and/or the still pending WRIT of MANDEMUS in upcoming PDF #3, that OHIO & US Taxpayers will be "Irreparably Devastated in Perpetuity" !!!
Stephen Wallace, Private Attorney General & Relator

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** SenatorSchaffer@columbus.rr.com <senatorschaffer@columbus.rr.com>
**Cc:** Stephen Wallace <spaulwallace@yahoo.com>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Monday, April 5, 2021, 10:23:14 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

Senator Schaffer, the Yellen DC KLAN will DELAY; DIVERT & ABSTRUCT...then APPEAL !!!   Unless, the

Case: 1:21-cv-00181-DRC Doc #: 58 Filed: 07/16/21 Page: 75 of 77 PAGEID #: 1093

Governor & you compel Yost to JOIN me @ the US Supreme Court via [E-Filing] the WRIT of MANDEMUS, coming next, which will EARN Ohio Taxpayers "Tens of BILLIONS" in "Preferred Priority Distributions" for Ohio INFRASTUCTURE PROJECTS !!!   Steve

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** david.yost@ohioattorneygeneral.gov <david.yost@ohioattorneygeneral.gov>; benjamin.flowers@ohioattorneygeneral.gov <benjamin.flowers@ohioattorneygeneral.gov>; may.davis@OhioAttorneyGeneral.gov <may.davis@ohioattorneygeneral.gov>
**Cc:** watchdog@oig.ohio.gov <watchdog@oig.ohio.gov>; Fred Mercer <1031ventures@gmail.com>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Thursday, March 25, 2021, 11:28:19 AM EDT
**Subject:** Fw: Scanned from a Xerox Multifunction Printer

# Dear Ohio Officials: Enclosed are the EMERGENCY MOTIONS for your FILES... Respectfully request your Cooperation & Support... Sincerely, Stephen Wallace, PAG & RELATOR

----- Forwarded Message -----
**From:** "canner@columbuslibrary.org" <canner@columbuslibrary.org>
**To:** spaulwallace@yahoo.com <spaulwallace@yahoo.com>
**Sent:** Thursday, March 25, 2021, 11:18:45 AM EDT
**Subject:** Scanned from a Xerox Multifunction Printer

Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E6FA3F9

For more information on Xerox products and solutions, please visit http://www.xerox.com



Scanned from a Xerox Multifunction Printer.pdf
607.4kB

**Stephen P. Wallace**
**1116 Sheffer Road  Apt. F**
**Aurora, Illinois 60505**
**(331) 250-2984**
**<IndependentJustice@outlook.com>**

**Georgetown University**,  Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**Thunderbird Global**, Glendale, AZ.-**1974**; Masters of International Management & Finance.

**Southern Methodist University**, Dallas, TX.-**1973**; *Masters of Business Administration/Finance*.

**Loyola University**, Chicago, IL.-**1971;** Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

**INDEPENDENT U.S. SENATE Candidate** (OK); **2008 & 2010**; vs. James Inhofe & Tom Coburn.

**Independent Justice Institute, LLC**, Washington DC-**1997 to Present;** Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC  prominent Firm, [Webster, Chamberlain & Bean] ; then as a for-profit Litigation Management Company (LMO), for **Global Collection Services**.

**River Oaks Development Corporation**, Tulsa, OK. -**1990 to 2000;** Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**Burnham Park Plaza ReHab**, Chicago-**1985;** Procured over **$15 million Re-Development** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**Wallace Investments**, Tulsa, OK. -**1984 to 2000**; **Realty/Oil & Gas Development** of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**World Trade Services, Inc.,** Tulsa & Houston.-**1976 to 1979**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **Caterpillar International** as main Client.

**Parker Drilling Company**, Tulsa & Houston. - **1974 to 1976**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.



This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express™**
**UPS 2nd Day Air®**

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

RECEIVED

X-RAY
U.S. MARSHALS SERVICE



Serving you for more than 100 years
United Parcel Service.



# Express Envelope

X-RAY
U.S. MARSHALS SERVICE