IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, | Case No. 1:21-cv-00181-DRC |
| Plaintiff, | District Judge Douglas R. Cole |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Janet Yellen, in her official capacity as Secretary of the Treasury, Richard K. Delmar, in his official capacity as Acting Inspector General of the Department of the Treasury, and the United States Department of the Treasury appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Judgment (Docket No. 57) and Opinion and Order (Docket No. 56) entered July 1, 2021.

DATED: August 27, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ *Charles E.T. Roberts*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
CHARLES E.T. ROBERTS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone: (202) 305-8628
Email: charles.e.roberts@usdoj.gov

*Counsel for Defendants*