## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 03, 2021

Mr. Chares E.T. Roberts
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530

Re: Case No. 21-3787, *OH v. Janet Yellen, et al*
Originating Case No. 1:21-cv-00181

Dear Counsel,

   This appeal has been docketed as case number **21-3787** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 17, 2021**.   Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                 Sincerely yours,

                                                 s/Robin L Baker
                                               Case Manager
                                               Direct Dial No. 513-564-7014

cc:  Mr. Benjamin Michael Flowers

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 21-3787

STATE OF OHIO

        Plaintiff - Appellee

v.

JANET YELLEN, in her official capacity as Secretary of the U.S. Department of Treasury; RICHARD K. DELMAR, in his official capacity as Acting Inspector General of the U.S. Department of Treasury; U.S. DEPARTMENT OF THE TREASURY

        Defendants - Appellants