IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO,<br><br>      Plaintiff,<br><br>   v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,<br><br>      Defendants. | Case No. 1:21-cv-00181-DRC<br><br>District Judge Douglas R. Cole |

## NOTICE OF WITHDRAWAL OF COUNSEL

Counsel of record for Defendants, Charles Roberts of the Department of Justice, hereby respectfully notices his withdrawal from this case. Mr. Roberts has accepted employment at a private law firm and will soon be leaving the Department of Justice. Defendants will remain represented in this action by other attorneys from the Department of Justice, including Trial Attorneys Stephen Ehrlich and Michael P. Clendenen, who have previously appeared in the case and whose address and other contact information are set forth below.

| | |
|---|---|
| DATED: January 27, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch<br><br>/s/ *Charles E.T. Roberts*<br>CHARLES E.T. ROBERTS<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone:  (202) 305-8628<br>E-mail:  charles.e.roberts@usdoj.gov<br><br>MICHAEL P. CLENDENEN<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-0693<br>E-mail: michael.p.clendenen@usdoj.gov<br><br>STEPHEN EHRLICH<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov<br><br>*Counsel for Defendants* |